JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Raul Delgado

**DEFENDANTS**
United States of America

**(b)** County of Residence of First Listed Plaintiff    Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Philadelphia
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Dana H. Augustine, Esquire
The Beasley Firm, LLC, 1125 Walnut Street, Philadelphia, PA 19107
(215) 592-1000

Attorneys *(If Known)*
James C. Sinwell, Esquire
U.S. Dept. of Veterans Affairs, 1010 Delafield Road, Pittsburgh, PA 15215 (412) 822-1584

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question (U.S. Government Not a Party)

☒ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                                     *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☒ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §2671, et seq.; 28 U.S.C. §1346(b)(1),
Brief description of cause:
Medical Malpractice at Philadelphia VA Medical Center

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
04/12/2016

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Raul Delgado, 6617 Charles Street, Apartment 27, Philadelphia, PA 19135

Address of Defendant: U.S. Dept. of Veterans Affairs, VA Pittsburgh Healthcare System, 1010 Delafield Road, Pittsburgh, PA 15215

Place of Accident, Incident or Transaction: Philadelphia VA Medical Center
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐ No☒

Does this case involve multidistrict litigation possibilities?    Yes☐ No☒
*RELATED CASE, IF ANY:*
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes☐ No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes☐ No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes☐ No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes☐ No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) Federal Tort Claims Act

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, Dana H. Augustine , counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: 4/12/16      Dana H. Augustine      81276
                   Attorney-at-Law          Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 4/12/16      Dana H. Augustine      81276
                   Attorney-at-Law          Attorney I.D.#

CIV. 609 (5/2012)

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| Raul Delgado | : | CIVIL ACTION |
| v. | : | |
| United States of America | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.　　　　( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
　　and Human Services denying plaintiff Social Security Benefits.　　　　( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
　　exposure to asbestos.　　　　( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
　　commonly referred to as complex and that need special or intense management by
　　the court. (See reverse side of this form for a detailed explanation of special
　　management cases.)　　　　( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.　　( X )

| | | |
|---|---|---|
| 4/12/16 | ~~signature~~ | Dana H. Augustine, Esquire |
| **Date** | **Attorney-at-law** | **Attorney for** Plaintiff |
| (215) 592-1000 | (215) 592-8360 | Dana.Augustine@beasleyfirm.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAUL DELGADO | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant. | : | |
| | : | |

### PLAINTIFF RAUL DELGADO'S COMPLAINT AGAINST DEFENDANT, UNITED STATES OF AMERICA

Plaintiff, Raul Delgado ("Delgado"), by and through his attorneys, The Beasley Firm, brings this Complaint in Civil Action against the United States of America, and in support thereof alleges as follows:

### PREAMBLE

It was President Abraham Lincoln's words from his second inaugural address that became the credo of the U.S. Department of Veteran Affairs and its hospitals "to care for him who shall have borne the battle." This is a medical malpractice action against the United States of America by Plaintiff, Raul Delgado, United States Army Veteran.

### PARTIES

Plaintiff, Raul Delgado, is an adult individual and resides at 6617 Charles Street, Apartment 27, Philadelphia, PA 19135.

1.     The U.S. Department of Veterans Affairs was established as an independent agency of the Defendant, United States of America (hereinafter "United States"), in 1930 and elevated to a Cabinet agency on March 15, 1989.

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

1

Delgado v. United States of America
Complaint

2.      The U.S. Department of Veteran Affairs, through its Veterans Health Administration, operates medical facilities throughout the United States, including the Philadelphia VA Medical Center where the alleged medical malpractice took place.

3.      Defendant, United States, by and through its agency, the U.S. Department of Veteran Affairs, hired, retained, contracted with, supervised, controlled and is responsible for physicians, nurses, and other health care providers including the physicians, nurses, and other health care providers involved in the care and treatment of Raul Delgado at the Philadelphia VA Medical Center.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction as the claims herein are brought against the Defendant pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, *et seq.)* and 28 U.S.C. §1346(b)(1), for money damages as compensation for personal injuries caused by the Defendant's negligence.

5.      Venue is proper within this district under 28 U.S.C. §1402(b) as the acts complained of occurred in the Eastern District of Pennsylvania.

## NOTICE

6.      On or about July 15, 2014, Plaintiff, Raul Delgado, timely filed an executed Standard Form 95 form with the Department of Veterans Affairs, Office of Regional Counsel, thereby timely making an administrative claim for damages and injuries consistent with the Federal Tort Claims Act, 28 U.S.C. §2671 *et seq.* A true and correct copy of the form is attached hereto as Exhibit "A".

7.      On or about July 22, 2014, the Office of Regional Counsel for the Department of Veteran Affairs acknowledged receipt of the service of the claim. A true

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

2

Delgado v. United States of America
Complaint

and correct copy of the letter from the Office of Regional Counsel is attached hereto as Exhibit "B".

8.    On October 23, 2015, the Office of Regional Counsel issued a formal denial of the Plaintiff's claim reporting that their investigation concluded that "the standard of care was followed by Mr. Delgado's clinicians at the Philadelphia VAMC in providing for his care and treatment." A true and correct copy of the letter from the Office of Regional Counsel is attached hereto as Exhibit "C".

9.    This Complaint is timely, pursuant to 28 U.S.C. §2401, as it is filed within six months of the formal denial of Plaintiff's claim

10.    Plaintiff has exhausted all necessary administrative remedies prior to bringing this action, thus vesting jurisdiction in this Court.

## FACTS

11.    Raul Delgado entered the United States Army in or around August 1966, served as a supply sergeant in Vietnam, and was honorably discharged in or around August 1968

12.    In 2010, Mr. Delgado sought medical care at the Philadelphia VA Medical Center.

13.    On or about December 9, 2010, Mr. Delgado underwent a colonoscopy at the Philadelphia VA Medical Center which revealed a rectal mass.

14.    On or about December 20, 2010, Mr. Delgado underwent a repeat colonoscopy, at which time the mass was partially removed and biopsied.

15.    Mr. Delgado was diagnosed with adenocarcinoma, a malignant rectal tumor.

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

3

Delgado v. United States of America
Complaint

16.    Plaintiff, Mr. Delgado, underwent a full body PET-CT scan at the Philadelphia VA Medical Center on December 21, 2010 which showed the known cancerous lesion in the colon, but no local or distant metastases to other parts of Plaintiff's body.

17.    The Philadelphia VA Medical Center's "tumor board" determined that the Plaintiff should undergo neoadjuvant chemotherapy and radiation therapy ("chemoradiation") before he would undergo surgical resection of the tumor.

18.    Mr. Delgado completed the neoadjuvant chemoradiation on April 7, 2011.

19.    The Philadelphia VA Medical Center performed a third PET-CT scan on May 11, 2011, purportedly for the purposes of cancer re-staging to determine the effect of the chemoradiation and inform a strategy for further treatment.

20.    The PET-CT scan of May 11, 2011 revealed a lesion on Mr. Delgado's liver.

21.    The Philadelphia VA Medical Center physicians, nurses and medical staff acting on behalf of Defendant United States knew or should have known that the Plaintiff's medical condition required immediate action and close follow-up.

22.    The Philadelphia VA Medical Center physicians, nurses and medical staff acting on behalf of Defendant United States knew or should have known that failure to take immediate action and closely monitor the Plaintiff's medical condition would cause the disease to progress and spread.

23.    The Philadelphia VA Medical Center physicians, nurses and medical staff acting on behalf of Defendant United States knew or should have known that failure to take immediate action and closely monitor the Plaintiff's medical condition would cause

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

4

Delgado v. United States of America
Complaint

Plaintiff to undergo multiple diagnostic evaluations which would have been unnecessary in the absence of Defendant's negligence.

24.     The Philadelphia VA Medical Center physicians, nurses and medical staff acting on behalf of Defendant United States knew or should have known that failure to take immediate action and closely monitor the Plaintiff's medical condition would cause Plaintiff to undergo procedures, tests, studies, therapies, treatments, and surgeries directed to his injuries, which would have been unnecessary in the absence of Defendant's negligence.

25.     The Philadelphia VA Medical Center physicians, nurses and medical staff acting on behalf of Defendant United States knew or should have known that failure to take immediate action and closely monitor the Plaintiff's medical condition would cause Plaintiff to suffer side effects of procedures, tests, studies, treatments, and surgeries which would have been unnecessary in the absence of Defendant's negligence.

26.     The Philadelphia VA Medical Center physicians, nurses and medical staff acting on behalf of Defendant United States knew or should have known that failure to take immediate action and closely monitor the Plaintiff's medical condition would cause Plaintiff an increased risk of progression of his disease, spread of his disease, recurrence of his disease, increased risk of death from his disease, and decreased chance of survivability.

27.     On May 24, 2011, Mr. Delgado was cleared for the post-chemoradiation surgery by cardiology at the Philadelphia VA Medical Center.

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

5

Delgado v. United States of America
Complaint

28.   On the same date, May 24, 2011, Mr. Delgado was seen by Sandra L. Hayes, CRNP at a surgical oncology follow-up appointment where Ms. Hayes reported the following plan for Mr. Delgado's further care:

```
PLAN:
-Consult GI for EUS >depth of invasion is needed to plan
surgergical approach.
-Non  VA  Fee  Basis  consult  for  Colorectal  Surgery
Evaluation
-Will  present  case  @  Tumor  Board  for  consensus  on
management of liver lesion.
```

See page 1100 of the Philadelphia VA Medical Center's Progress Notes. A true and correct copy of the complete entry for the subject date, pages 1097-1100, is attached hereto as Exhibit "D".

29.   On June 9, 2011, Mr. Delgado underwent an endoscopic ultrasound (EUS) and a flexible sigmoidoscopy procedure performed by John Lieb, M.D., an employee and agent of the Philadelphia VA Medical Center and Defendant, United States. Dr. Lieb concluded that Plaintiff should follow-up with medical oncology and surgery services per his finding described below:

```
There was some residual 8mm by 8 mm or so of what looked
to be sessile adenoma. There was also some hyperplasia in
the area, likely radiation effects. I elected not to
biopsy because I do not think that would affect decision-
making regarding surgery.
```

See pages 1084-1085 of the Philadelphia VA Medical Center's Progress Notes. A true and correct copy of the complete entry for the subject date, pages 1084-1085, is attached hereto as Exhibit "E".

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

6

Delgado v. United States of America
Complaint

30.    On June 16, 2011, Plaintiff was seen by Dr. Keerthi Gogineni, an employee and agent of the Philadelphia VA Medical Center and Defendant, United States, who noted that it was 9 weeks post completion of neo-adjuvant chemoradiation and questioned the Philadelphia VA Medical Center's failure to set a surgery date for Plaintiff.

31.    On July 7, 2011, Plaintiff reported to the Philadelphia VA Medical Center Emergency Department.  Dr. Grace Nejman, an employee and agent of the Philadelphia VA Medical Center and Defendant, United States, noted in the Plaintiff's records:

> Patient has completed his radiation therapy and chemotherapy. He is waiting for an approval to see the surgeon at the University of Pennsylvania. To this date he has not been scheduled for his operation.

See page 1062 of the Philadelphia VA Medical Center's Progress Notes.  A true and correct copy of the complete entry for the subject date, pages 1061-1064, is attached hereto as Exhibit "F".

32.    On July 7, 2011, Sunny J. Haft, a medical student, noted the plan for Plaintiff's further care as follows:

> Rectal Adenocarcinoma -- s/p chemoradiation
> - help coordinate surgical appt with HUP as pt has been risk-stratified and would benefit from surgery occuring close to the time of chemoradiation
>
>
> Patient has completed his radiation therapy and chemotherapy. He is waiting for an approval to see the surgeon at the University of Pennsylvania. To this date he has not been scheduled for his operation.

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

7

Delgado v. United States of America
Complaint

See page 1058 of the Philadelphia VA Medical Center's Progress Notes.  A true and correct copy of the complete entry for the subject date, pages 1054-1059, is attached hereto as Exhibit "G".

33.    On July 8, 2011, Douglas Jay Levine, an employee and agent of the Philadelphia VA Medical Center and Defendant, United States, noted in Plaintiff's record:

> Rectal CA: I have been in touch with the staff from medical oncology and surgical oncology. This patient **urgently needs surgical resection** as he has completed neoadjuvant chemoradiation. Per the chart, his 7078 form to approve payment of HUP for this procedure has been approved, but the most recent note from BRYANT,RODINA regarding that states:
> "The 7078 has not returned to me as of today (7/1/11) Sandra Hayes alerted. Patient can not be scheduled till 7078 returns to me via supervisor with proper authorization." We would prefer to deal with this issue while the patient remains an inpatient.
>
> Patient has completed his radiation therapy and chemotherapy. He is waiting for an approval to see the surgeon at the University of Pennsylvania. To this date he has not been scheduled for his operation.

See page 1032 (emphasis added) of the Philadelphia VA Medical Center's Progress Notes.  A true and correct copy of the complete entry for the subject date, pages 1029-1032, is attached hereto as Exhibit "H".

34.    On July 11, 2011, medical student Sunny J. Haft noted in the Plaintiff's records:

> # Rectal Adenocarcinoma
> - helping to coordinate surgical appt at HUP. Called the coordinator at Surg/Onc clinic and she informed me that they are still waiting on the 7078 form from the VA Chief of Staff that apporves payment to HUP for surgery.

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

**Delgado v. United States of America**
**Complaint**

> Patient has completed his radiation therapy and
> chemotherapy. He is waiting for an approval to see the
> surgeon at the University of Pennsylvania. To this
> date he has not been scheduled for his operation.

See page 996 of the Philadelphia VA Medical Center's Progress Notes. A true and correct copy of the complete entry for the subject date, pages 995-997, is attached hereto as Exhibit "I".

35.   On July 21, 2011, Plaintiff was seen again by Dr. Keerthi Gogineni, an employee and agent of the Philadelphia VA Medical Center and Defendant, United States, who expressly reported a breach in the standard of care in the Defendant's treatment of Plaintiff:

> -The length of time that elapsed since submission of
> 7078 form and granting of appointment at HUP is
> **unacceptable**. Will direct complaint towards
> administration. **Standard of care is that resection
> take place 5-10 weeks after completion of definitive
> chemoradiotherapy**. Forms were submitted in due time by
> surgical oncology here but it appears the delay
> occured during point in process where a "number"
> needed to be granted to confirm payment from the VA
> system to HUP. Thankfully the inpatient team
> identified the delay was due to this and pushed for a
> date.

See page 974 (emphasis added) of the Philadelphia VA Medical Center's Progress Notes. A true and correct copy of the complete entry for the subject date, pages 967-975, is attached hereto as Exhibit "J".

36.   The Philadelphia VA Medical Center apparently was intending for Plaintiff to have treatment at a non-VA facility, Hospital of the University of Pennsylvania

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

9

Delgado v. United States of America
Complaint

("HUP"), and the procedure for same was that the Defendant would submit a "7078 form" and confirm that HUP would be reimbursed for the cost of treatment.

37.     Despite the identification of a breach in the standard of care and a bureaucratic delay in scheduling Plaintiff's care, the Philadelphia VA Medical Center continued to ignore Plaintiff's urgent medical needs.

38.     On August 25, 2011, Dr. Keerthi Gogineni reported another visit with Mr. Delgado, detailed the Defendant's ongoing denial of medical care, and noted Plaintiff's fear and frustration caused by the Philadelphia VA Medical Center's conduct:

```
Today:
He saw Dr. Mahmoud on 8/15.
Unfortunately, no medical records were provided to Dr.
Mahmoud's office prior to this visit. He was told that
records were necessary prior to further planning.
No follow-up appointment was set.
He was very upset; tearful after this. Felt like he
wanted to drink/get high; frustrated after waiting so
long for this evaluation. He did manage to get a cell
phone from CSW.(215)XXX-XXXX(redacted)
He is to see Sandra Hayes and surgical oncology today.
Feels tired, dizzy. Hg low again. He admits to seeing
dark stool. No frank blood. Has seen this over last 10
days. He feels diffuse pain. Says he ran out of
Oxycodone because I provided less at last visit with
instructions to titrate down; no clear source for
pain.
```

See pages 951-952 of the Philadelphia VA Medical Center's Progress Notes.  A true and correct copy of the complete entry for the subject date, pages 950-957, is attached hereto as Exhibit "K".

39.     In this note, Dr. Keerthi Gogineni again reports a breach in the standard of care:

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

10

Delgado v. United States of America
Complaint

> -Unfortunately, no records were provided to HUP to help inform his surgical planning and as far as I can tell, still no OR date 5 months out from completion of neoadjuvant chemorads. **Standard of care is that resection take place 5-10 weeks after completion of definitive chemoradiotherapy**. Forms were submitted in due time by surgical oncology here but it appears the delay occured during point in process where a "number" needed to be granted to confirm payment from the VA system to HUP.

See pages 956-957 of the Philadelphia VA Medical Center's Progress Notes at Exhibit "K".

40.     Plaintiff was seen by Sandra L. Hayes, CRNP on August 30, 2011. Surgery was finally scheduled for September 9, 2011 to be performed at the Philadelphia VA Medical Center by Emily Paulson, M.D., an employee and agent of the Philadelphia VA Medical Center and Defendant, United States, rather than at HUP.

41.     Plaintiff was admitted to the Philadelphia VA Medical Center for the planned surgery on September 7, 2011. He had been scheduled to undergo a fourth PET scan on September 8, 2011 and the EUS procedure and transanal excision of the residual rectal tumor on September 9, 2011. On September 8, 2011, Dr. Paulson noted that, due to a miscommunication with the PET team, Plaintiff could not get the PET/CT scan on that date.

42.     On September 9, 2011, Dr. Paulson was to perform an Exam Under Anesthesia (EUA) and then a transanal resection of the residual polypoid tissue that was seen on the flexible sigmoidoscopy on June 9, 2011.

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

11

Delgado v. United States of America
Complaint

See page 1793 of the Philadelphia VA Medical Center's Progress Notes. A true and correct copy of the complete entry for the subject date, pages 1792-1796, is attached hereto as Exhibit "L".

43.     However, according to the records, Dr. Paulson was unable to locate the area in question during the EUA procedure and the resection was therefore unable to complete the resection.

See page 897 of the Philadelphia VA Medical Center's Progress Notes. A true and correct copy of the complete entry for the subject date, pages 896-897, is attached hereto as Exhibit "M".

44.     Plaintiff, still hospitalized, underwent a fourth PET-CT scan on September 12, 2011. This scan revealed that Mr. Delgado's cancer had metastasized to his liver.

45.     Plaintiff remained hospitalized and underwent a flexible sigmoidoscopy procedure on September 13, 2011 performed by Dr. John Lieb, M.D. Dr. Lieb was able to locate the residual tissue seen during the June 9, 2011 procedure and reported his findings as follows:

```
Impression:
1.Some residual tissue present, likely just adenoma,
likely unchanged from June. Removed with cold forceps
and fulgurated with APC.
2.Adjacent scar site seen. Biopsied and also
fulgurated. Tattooed just distal to this area
```

See page 861 of the Philadelphia VA Medical Center's Progress Notes. A true and correct copy of the complete entry for the subject date, pages 860-861, is attached hereto as Exhibit "N".

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

12

Delgado v. United States of America
Complaint

46.   In late 2011, Mr. Delgado underwent further chemotherapy which resulted in debilitating side effects.

47.   In early 2012, Mr. Delgado underwent a surgery to remove the left lobe of his liver due to the metastasis of the rectal cancer to his liver

48.   Plaintiff continues to this date and will continue in the future to undergo procedures, tests, and other medical treatment related to his cancer

49.   Despite knowledge of the breach in the standard of care as documented in Defendant's own records, Defendant did not advise Plaintiff of the breach until May 20, 2014.   On May 20, 2014, Plaintiff was requested to attend a meeting with Ralph M. Schapira, M.D., Chief of Staff, for the "Disclosure of an Adverse Event."   Defendant's records indicate that Mr. Delgado was advised of the following information:

```
Summary of information presented regarding adverse event: A delay
in  diagnosis  of  colon  cancer  which  might  have  resulted  in
progression to a later stage
```

See page 610 of the Philadelphia VA Medical Center's Progress Notes.   A true and correct copy of the complete entry for the subject date, pages 610-611, is attached hereto as Exhibit "O".

50.   There was a delay of nearly one year between Plaintiff's diagnosis in December 2010 and the surgery in September 2011.

51.   The injuries and losses suffered by the Plaintiff are the direct and proximate result of the negligence and carelessness of the United States and its employees and agents, acting individually or in concert, and are not due to any act or failure to act on the part of Plaintiff.

The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107
215.592.1000
215.592.8360 (fax)
www.beasleyfirm.com

13

Delgado v. United States of America
Complaint

52.     The negligence and carelessness of the United States and its employees and agents was a substantial factor in bringing about Plaintiff's injuries and losses and a factual cause of Plaintiff's injuries and losses.

53.     As a direct and proximate result of the negligence and carelessness of Defendant United States and its employees and agents, acting individually or in concert, Mr. Delgado has suffered and will continue to suffer forever severe personal injuries and losses including but not limited to the following:

a.      progression of cancer;

b.      spread of cancer;

c.      need to undergo multiple diagnostic evaluations;

d.      need to undergo procedures, tests, studies, therapies, treatments, and surgeries directed to his injuries, which would have been unnecessary in the absence of Defendant's negligence;

e.      side effects of procedures, tests, studies, treatments, and surgeries which would have been unnecessary in the absence of Defendant's negligence;

f.      side effects of procedures, tests, studies, treatments, and surgeries which would have been unnecessary in the absence of Defendant's negligence

g.      increased risk of cancer, recurring cancer, and death from cancer;

h.      mental anguish;

i.      anxiety;

j.      depression;

k.      disfigurement;

l.      humiliation and embarrassment;

m.      mental and physical pain and suffering;

n.      loss of enjoyment of life;

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

**Delgado v. United States of America**
**Complaint**

o.      loss of the chance for cure of his disease.

54.    As a direct and proximate result of the negligence and carelessness of all named Defendants, acting individually or in concert, Mr. Delgado has also incurred medical and other healthcare expenses and an inability to engage in his usual household, occupational, and social activities.

## COUNT I
### PLAINTIFF V. UNITED STATES OF AMERICA

55.    Plaintiff incorporates by reference Paragraphs 1 through 54 of this Complaint.

56.    The Defendant United States knew or should have known that the Plaintiff's cancer required immediate treatment to prevent it from progressing and spreading. Accordingly, the Defendant is responsible for the claims made in this lawsuit

57.    The Defendant United States knew or should have known that a delay of nearly one year between the Plaintiff's diagnosis and his surgery would allow his cancer to progress and spread. Accordingly, the Defendant is responsible for the claims made in this lawsuit.

58.    The Defendant United States knew or should have known that the resection surgery should be performed 5 to 10 weeks after Mr. Delgado completed chemoradiotherapy, yet failed to schedule and perform the surgery. Accordingly, the Defendant is responsible for the claims made in this lawsuit.

59.    The United States knew or should have known that Plaintiff was in need of close follow-up and urgent treatment for his liver, yet failed to closely monitor and urgently treat Mr. Delgado's medical condition. Accordingly, the Defendant is responsible for the claims made in this lawsuit.

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

15

Delgado v. United States of America
Complaint

60.     The United States knew or should have known that a delay in the treatment provided to Plaintiff would allow the cancer to progress and/or spread to other areas of Plaintiff's body, yet allowed delays in his care to occur. Accordingly, the Defendant is responsible for the claims made in this lawsuit.

61.     The United States knew or should have known of the substantial risk for Mr. Delgado's cancer to progress and spread and yet failed to closely monitor and treat him. Accordingly, the Defendant is responsible for the claims made in this lawsuit.

62.     The United States knew or should have known that Plaintiff would be subject to a substantial risk of serious harm if he was not closely monitored and treated, yet failed to closely monitor and treat him. Accordingly, the Defendant is responsible for the claims made in this lawsuit.

63.     The United States knew or should have known that the resection surgery should have been and was not performed within 5 to 10 weeks after Mr. Delgado completed chemoradiotherapy, yet failed to warm him of the same. Accordingly, the Defendant is responsible for the claims made in this lawsuit.

64.     The negligence and carelessness of the Defendant, United States, acting directly and through its agents (actual ostensible or otherwise) servants and/or employees included the following:

      a.     Vicarious liability for the negligence acts of its agents, servants and/or employees including all medical providers identified in this Complaint;

      b.     Failure to schedule and complete surgery for nearly a year after Plaintiff's diagnosis;

      c.     Failure to properly treat Plaintiff's cancer which was diagnosed in December 2010;

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

16

Delgado v. United States of America
Complaint

  d.  Failure to perform necessary procedures within 5 to 10 weeks after the completion of chemoradiotherapy;

  e.  Failure to adequately assess Mr. Delgado to plan his course of treatment;

  f.  Failure to monitor Mr. Delgado's medical condition;

  g.  Failure to timely and properly treat Mr. Delgado's medical condition;

  h.  Failure to ensure that unnecessary and inappropriate delays did not occur to inhibit Mr. Delgado's access to medical treatment;

  i.  Failure to ensure that unnecessary and inappropriate delays did not allow Mr. Delgado's cancer to progress and spread;

  j.  Failure to ensure that unnecessary and inappropriate delays did not cause Mr. Delgado to have to undergo additional PET scans, diagnostic procedures, and diagnostic tests or studies;

  k.  Failure to exercise due care in the professional practice of several medical disciplines;

  l.  Failure to advise Plaintiff of the Defendant's negligence;

  m.  Failure to properly and adequately treat and care for Mr. Delgado;

  n.  For other negligent acts of commission and omission that caused the catastrophic injuries to Mr. Delgado.

65. The negligence of the Defendant, as described herein, was the legal cause of the Plaintiff's injuries and damages as described herein

66. The negligence of the Defendant, as described herein, increased the risk of harm to Plaintiff who suffered the injuries and damages as detailed in the within Complaint.

67. As a direct and proximate result of the negligence and carelessness of the Defendant, and as described herein, the Plaintiff suffered and the Defendant is liable to the Plaintiff for the described injuries and damages

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

17

Delgado v. United States of America
Complaint

68.     As a direct and proximate result of the negligence and/or carelessness of the Defendant as described herein, Mr. Delgado suffered the following injuries and damages

      a.     Progression of cancer;

      b.     Spread of cancer;

      c.     Need to undergo multiple diagnostic evaluations;

      d.     Need to undergo procedures, tests, studies, therapies, treatments, and surgeries directed to his injuries, which would have been unnecessary in the absence of Defendant's negligence;

      e.     Side effects of procedures, tests, studies, treatments, and surgeries which would have been unnecessary in the absence of Defendant's negligence;

      f.     Increased risk of cancer, recurring cancer, and death from cancer;

      g.     Mental anguish;

      h.     Anxiety;

      i.     Depression;

      j.     Disfigurement;

      k.     Humiliation and embarrassment;

      l.     Mental and physical pain and suffering;

      m.     Loss of enjoyment of life;

      o.     Loss of the chance for cure of his disease.

69.     As a result of the aforesaid injuries caused by Defendant, Plaintiff sustained the following injuries and damages:

      a.     Expenses in  connection with the providing of  medical and surgical attention, hospitalization, medical supplies, surgical appliances, medicines and attending services;

      b.     Impairment to Plaintiff's general health, strength and vitality;

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

18

Delgado v. United States of America
Complaint

c.     Permanent damage to organs;

d.     Chronic pain and/or discomfort;

e.     Other severe and serious injuries and losses.

**WHEREFORE,** Plaintiff, Raul Delgado, demands judgment against Defendant, The United States of America, exclusive of costs and such other remedies as this Honorable Court deems just and proper.

## COUNT II
### PLAINTIFF V. THE UNITED STATES OF AMERICA

70.     Plaintiff incorporates by reference Paragraphs 1 through 69 of this Complaint.

71.     The Defendant United States knew or should have known that the Plaintiff's cancer required immediate treatment to prevent it from progressing and spreading. The Defendant United States knew or should have known that a delay of nearly one year between the Plaintiff's diagnosis and his surgery would allow his cancer to progress and spread. The Defendant United States knew or should have known that the resection surgery should be performed 5 to 10 weeks after Mr. Delgado completed chemoradiotherapy, yet failed to schedule and perform the surgery. The United States knew or should have known that Plaintiff was in need of close follow-up and urgent treatment for his liver, yet failed to closely monitor and urgently treat Mr. Delgado's medical condition.  The United States knew or should have known that a delay in the treatment provided to Plaintiff would allow the cancer to progress and/or spread to other areas of Plaintiff's body, yet allowed delays in his care to occur. The United States knew or should have known of the substantial risk for Mr. Delgado's cancer to progress

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

19

Delgado v. United States of America
Complaint

and spread and yet failed to closely monitor and treat him. Accordingly, the Defendant is responsible for the claims made in this lawsuit

72.     The negligence and carelessness of the Defendant, United States, acting directly included the following:

a.     Failure to develop, administer, implement policies and procedures to ensure timely treatment of patients, including Mr. Delgado, who urgently need treatment;

b.     Failure to train employees to ensure timely treatment of patients, including Mr. Delgado, who urgently need treatment;

c.     Failure to develop, administer, implement policies and procedures for proper communication among medical providers;

d.     Failure to develop, administer, implement policies and procedures to ensure proper communication within the hospital systems concerning the status of patient care and treatment;

e.     Failure to provide proper oversight to the healthcare team to ensure that Mr. Delgado would receive timely monitoring and treatment to treat Mr. Delgado's medical condition and prevent its progression and spread;

f.     Failure to properly select competent, trained and supervised health care providers who are capable of meeting the requisite standard(s) of care and to ensure proper consult and avoidance of delays in treatment;

g.     Failure to develop, administer, implement a training program and/or train hospital personnel on the avoidance of delays in the treatment of patients.

73.     The negligence of the Defendant, as described herein, was a legal cause of the Plaintiff's injuries and damages as described herein.

74.     The negligence of the Defendant, as described herein, increased the risk of harm to Mr. Delgado who suffered the injuries and damages as detailed in the within Complaint.

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

20

Delgado v. United States of America
Complaint

75.    As a direct and proximate result of the negligence and carelessness of the Defendant, and as described herein, the Plaintiff suffered and the Defendant is liable to the Plaintiff for the within described injuries and damages.

76.    As a direct and proximate result of the negligence and/or carelessness of the Defendant as described herein, Mr. Delgado suffered the following injuries and damages:

a.    Progression of cancer;

b.    Spread of cancer;

c.    Need to undergo multiple diagnostic evaluations;

d.    Need to undergo procedures, tests, studies, therapies, treatments, and surgeries directed to his injuries, which would have been unnecessary in the absence of Defendant's negligence;

e.    Side effects of procedures, tests, studies, treatments, and surgeries which would have been unnecessary in the absence of Defendant's negligence;

f.    Increased risk of cancer, recurring cancer, and death from cancer;

g.    Mental anguish;

h.    Anxiety;

i.    Depression;

j.    Disfigurement;

k.    Humiliation and embarrassment;

l.    Mental and physical pain and suffering;

m.    Loss of enjoyment of life;

o.    Loss of the chance for cure of his disease.

77.    As a result of the aforesaid injuries caused by Defendant, Plaintiff sustained the following injuries and damages:

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

21

Delgado v. United States of America
Complaint

a.  Expenses in connection with the providing of medical and surgical attention, hospitalization, medical supplies, surgical appliances, medicines and attending services;

b.  Impairment to Plaintiff's general health, strength and vitality;

c.  Permanent damage to organs;

d.  Chronic pain and/or discomfort;

e.  Other severe and serious injuries and losses.

**WHEREFORE,** Plaintiff, Raul Delgado, demands judgment against Defendant, The United States of America, exclusive of costs and such other remedies as this Honorable Court deems just and proper.

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

**Delgado v. United States of America**
**Complaint**

### <u>NOTICE OF PRESERVATION OF EVIDENCE</u>

PLAINTIFFS HEREBY DEMAND AND REQUEST THAT DEFENDANT TAKE NECESSARY ACTION TO ENSURE THE PRESERVATION OF ALL DOCUMENTS, COMMUNICATIONS, WHETHER ELECTRONIC OR OTHERWISE, ITEMS AND THINGS IN THE POSSESSION OR CONTROL OF ANY PARTY TO THIS ACTION, OR ANY ENTITY OVER WHICH ANY PARTY TO THIS ACTION HAS CONTROL, OR FROM WHOM ANY PARTY TO THIS ACTION HAS ACCESS TO, ANY DOCUMENTS, ITEMS, OR THINGS WHICH MAY IN ANY MANNER BE RELEVANT TO OR RELATE TO THE SUBJECT MATTER OF THE CAUSES OF ACTION AND/OR THE ALLEGATIONS OF THIS COMPLAINT.

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

23

**Delgado v. United States of America**
**Complaint**

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs demand a

trial by jury on all issues.

THE BEASLEY FIRM, LLC

Date: 4/12/16                    By: _____

DANA H. AUGUSTINE, ESQUIRE
PA Attorney I.D. No. 81276
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, Pennsylvania 19107
215.592.1000
215.592.8360 (telefax)
dana.augustine@beasleyfirm.com
Attorney for Plaintiff

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

24

Delgado v. United States of America
Complaint

## CERTIFICATE OF SERVICE

I, Dana H. Augustine, Esquire, certify that a true and correct copy of the foregoing Civil Action Complaint was served via first class mail on April 12, 2016 upon the following:

James C. Sinwell, Esquire
U.S. Department of Veterans Affairs
Office of General Counsel
North Atlantic District – North
VA Pittsburgh Healthcare System
1010 Delafield Road
Pittsburgh, PA 15215

THE BEASLEY FIRM, LLC

Date: 4/12/16                  By: _____

DANA H. AUGUSTINE, ESQUIRE

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

Delgado v. United States of America
CERTIFICATE OF SERVICE

EXHIBIT A

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| VA REGIONAL COUNSEL (642-02) 3900 Woodland Avenue Philadelphia, PA 19104 | Raul Jesus Delgado  Maxwell S. Kennerly, Esq. 6617 Charles St.-Apt. 27  The Beasley Firm, LLC Philadelphia, PA 19135  1125 Walnut Street  Philadelphia, PA 19107 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| [X] MILITARY  [ ] CIVILIAN | 04/23/1946 | Single | 02/01/2011    09/2011 | |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Claimant Raul Jesus Delgado is a veteran and long-standing patient of the VA. It was recently disclosed to him that, while being treated for rectal adenocarcinoma in 2011, the VA breached the standard of care by failing to schedule him for resection 5 to 10 weeks after completion of definitive chemoradiotherapy, causing a delay of several months in his cancer treatment.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Delayed treatment of recognized rectal adenocarcinoma, and with it increased complications and severity and spread of the cancer.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Medical Professionals at the VA | | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars). | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 0.00 | 8.500,000 | | 0.00  500,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Raul Jesus Delgado* | 215-4--1-2056 | JUL-11-2014 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.). |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☐ No

None

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☐ No

None

17. If deductible, state amount.

0.00  *NONE*

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

None

19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☐ No

None

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

The amount claimed should be substantiated by competent evidence as follows:

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

EXHIBIT B



**U.S. Department of Veterans Affairs**
**Office of Regional Counsel**
**Region 4**

---

**Janeecia Bing, Paralegal Specialist**
**Direct Dial (215) 823-5800, Ext. 7692**

**VA Medical Center**
**3900 Woodland Avenue**
**Philadelphia, PA 19104**
**(215) 823-7811   Fax No.: (215) 823-7821**

**July 22, 2014**

In reply refer to:
RC 4 Case No.: 7394

Maxwell S. Kennerly, Esquire
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

SUBJ: *DELGADO, Raul Jesus (last 4 SS – 8155)*
*Administrative Tort Claim*

Dear Attorney Kennerly:

This is to acknowledge receipt of the Standard Form 95, Claim for Damage, Injury, or Death, filed by you on July 11, 2014 on behalf of your client, Raul J. Delgado and received in our offices on July 18, 2014. In order for us to further investigate and adjudicate this administrative tort claim, we request that you forward the following information to support the claims of negligence, injury and damages. (See 28 Code of Federal Regulations § 14.4)

(1) a written report by the attending physician setting forth the nature and extent of treatment, any degree of temporary or permanent disability, the prognosis, period of hospitalization, and any diminished earning capacity;

(2) itemized bills for medical and hospital expenses incurred, or itemized receipts of payments for such expenses;

(3) if the prognosis reveals the need for future treatment, a statement of expected expenses for such treatment;

(4) a copy of the expert medical opinion you are relying on to support the allegations of negligence and damages in this case;

2.

(5)   copies of all medical records for treatment received by non-VA hospitals and physicians from PERIOD OF ONE YEAR PRIOR TO INCIDENT CONTINUING TO THE PRESENT DATE;

(6)   if a claim is made for loss of time from employment, a written statement from Mr. Delgado's employer showing actual time lost from employment, whether he was a full-time or part-time employee, and wages or salary actually lost;

(7)   if a claim is made for loss of income and Mr. Delgado was self-employed, documentary evidence showing the amount of earnings actually lost;

(8)   any other evidence or information which may have a bearing on either the responsibility of the United States for the injury or the damages claimed.

Please provide us with a copy of the fee agreement between you and Mr. Delgado.

Upon receipt of all of the information and evidence outlined above, this office will conduct an investigation of the circumstances that gave rise to your claim and you will be advised of our decision at the earliest opportunity. Please note that pursuant to the Federal Tort Claims Act (FTCA)*, a Federal Agency has six months from the date this claim was received in which to investigate a tort claim,   (July 18, 2014). The case has been assigned to Staff Attorney, Stephen Pahides.

If you have any further questions regarding this matter, you may write to the above address or call Staff Attorney  Stephen Pahides at 215-823-5800 ext 7679. Thank you for your cooperation.

Sincerely,

STEPHEN PAHIDES
Staff Attorney

By:

JANEECIA BING
Paralegal Specialist

*FTCA claims are governed by a combination of Federal and State laws. Some state laws may limit or bar a claim or law suit. VA attorneys handling FTCA claims work for the Federal government, and cannot provide advice regarding the impact of state laws or state filing requirements.

EXHIBIT C



**U.S. Department of Veterans Affairs**
**Office of General Counsel**
**North Atlantic District - North**

---

James C. Sinwell, Esq.                          VA Pittsburgh Healthcare System
Deputy Chief Counsel                            1010 Delafield Road
Direct Dial (412) 822-1584                      Pittsburgh, PA  15215

October 23, 2015

Dana Augustine, Esquire                         In Reply Refer To: *SC4-7394*
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

SUBJ:  **Delgado, Raul Jesus**
       **Administrative Tort Claim**

Dear Ms. Augustine:

We have concluded our investigation of the administrative tort claim your firm filed on behalf of Raul Delgado alleging that he was the victim of medical malpractice during the diagnosis and treatment of his rectal cancer at the Philadelphia VAMC.  Our investigation into this matter has concluded, and our investigation of the circumstances surrounding this claim did not reveal evidence of any negligent or wrongful act or omission of any employee of the federal government acting within the scope of his office or employment.  Our investigation found that that the standard of care was followed by Mr. Delgado's clinicians at the Philadelphia VAMC in providing for his care and treatment.

If you are dissatisfied with this decision, you may file a request for reconsideration of your claim by any of the following means: (1) mail to Office of General Counsel (021B), 810 Vermont Avenue, N.W., Washington, DC 20420; (2) fax to 202-273-6385; or (3) e-mail to OGC.torts@mail.va.gov. To be timely filed, VA must receive this request prior to the expiration of 6 months from the date of the mailing of this final denial.  Upon filing such a request for reconsideration, VA shall have 6 months from the date of that filing in which to make final disposition of the claim, and your option to file suit in an appropriate U.S. District Court under 28 U.S.C. 2675(a) shall not accrue until 6 months after the filing of such request for reconsideration (28 C.F.R. Section 14.9).

In the alternative, if you are dissatisfied with the action taken on your claim, you may file suit in accordance with the Federal Tort Claims Act, sections 1346(b) and 2671-2680, title 28. United States Code, which provides that a tort claim that is administratively denied may be presented to a Federal district court for judicial consideration.  Such a suit must be initiated within 6 months after the date of the mailing of this notice of final denial as shown by the date of this letter

(section 2401(b), title 28, United States Code). If you do initiate such a suit, you are further advised that the proper party defendant is the United States, not VA.

Please note that FTCA claims are governed by a combination of Federal and State laws. Some state laws may limit or bar a claim or law suit. VA attorneys handling FTCA claims work for the Federal government, and cannot provide advice regarding the impact of state laws or state filing requirements.

If you decide to initiate a suit against the Department of Veterans Affairs, you are advised that the proper defendant is the United States of America (28 U.S.C. §1346(b) and §2671, et. seq.) Should you have any questions for our office, please contact Sara Aull at (412) 822-1581.

Sincerely,

JAMES C. SINWELL
Deputy Chief Counsel

EXHIBIT D

# Progress Notes

tumor is left after the treatments you have gotten, which will assist those
providers in caring for you. Since you do not have a phone I am notifying you
with this letter.  We are suggesting a 2 day preparation which was ordered for
you as well. Please let us know if you have questions or concerns. The main GI
number is 215 823 5800 ext 5122. Scheduling is extension 6437. We are now
located on the 4th floor (we have moved).


Sincerely,


John G. Lieb II MD

/es/ John G Lieb II M.D.
GASTROENTEROLOGY ATTENDING
Signed: 05/25/2011 17:32

05/25/2011 ADDENDUM                      STATUS: COMPLETED
Of course the date and time were added to the letter before mailing.

/es/ John G Lieb II M.D.
GASTROENTEROLOGY ATTENDING
Signed: 05/25/2011 17:43

06/01/2011 ADDENDUM                      STATUS: COMPLETED
Pt states he needs anesthesia for colonoscopy and an inpt 2 day prep. This will
take a good bit of time to set up and therefore could delay his surgery. He has
no escort. Instead what I suggest is just the EUS with a one day prep. He
stopped by just now and we discussed these issues in detail. I asked him to take
3/4 of the go lytely the day before and a one day clear liquid diet. Most people
who get rectal EUS can tolerate it without any sedation at all. He is amenable
to this plan.

/es/ John G Lieb II M.D.
GASTROENTEROLOGY ATTENDING
Signed: 06/01/2011 08:57

   LOCAL TITLE: SURGICAL ONCOLOGY FOLLOW-UP
   STANDARD TITLE: HEMATOLOGY AND ONCOLOGY OUTPATIENT NOTE
   DATE OF NOTE: MAY 24, 2011@18:01     ENTRY DATE: MAY 24, 2011@18:01:33
        AUTHOR: HAYES,SANDRA L CRNP  EXP COSIGNER:
        URGENCY:                         STATUS: COMPLETED

     *** SURGICAL ONCOLOGY FOLLOW-UP Has ADDENDA ***

   Clinic Date:5/24/11

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**   **VISTA Electronic Medical Documentation**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27                         Printed at PHILADELPHIA, PA VAMC
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

# Progress Notes

DELGADO,RAUL JESUS    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

Summary:
64yro/M for f/u s/p neoadjuv.CTX/XRT for rectal ca.
Briefly,pt.h/o recttal mass on 2007 c-scope incompletely excised with pathology
c/w rectal adenoma.The patient missed several GI/EUS appointments @ HUP in 2007.
He was lost to follow-up until recent hospital admission in 2/2010 @ outside
Medical Ctr.for MI s/p 4V CABG,now on plavix/asa who reportedly underwent
c-scope & informed he should return to VA for further management of rectal mass.
The patient underwent 12/9/2010 c-scope @ PVAMC revealling
He is s/p c-scope to ascending colon 12/9/10 revealling 5cm rectal mass 7cm from
anal verge;poor prep w/inability to evaluate for other polyps or masses.
Since lesion was thought to be most c/w a large adenoma,GI recommended EMR & EUS
therefore pt.had c-scope to cecum w/EMR 12/20/10 was significant for a large
recto-sigmoid junction polyp w/flat component,~80% removed w/path c/w adenoCA.
A 12/23/11 staging PET/CT confirmed rectal lesion & suggest cecum/ascending
colon incr.uptake w/SUV 5 c/w inflamm.vs mets.
Dr.Leib,GI Attending did not recommend EUS due to questionable accuracy in
staging the tumor".. given the large bulk of the polyp which can give false
impression of invasion with any pressure against it and it would have been
almost impossible to get completely around the base of it to assess for
invasion. For those reasons I elected not to EUS it preprocedure.
That being said I am willing to proceed with repeat colonoscopy/EUS in one month
or so, if essential from a surgical perspective..."

The pt.is now s/p neoadjuv.CTX/XRT completing 5040cGY 2/14-4/7/11.Preop CEA=1.2.
He is s/p post-treatment re-staging revealling:
-5/11/11 PET/CT/Impression:
    1. A new focal uptake in the left liver is suspicious for
    metastasis.  Close follow up is recommended.
    2. Interval further decreased FDG uptake in the left side wall of
    the rectosigmoid region, indicating significant metabolic
    response to recent therapy.
    3. Multiple inguinal nodes with mild FDG uptake, essentially not
    changed from prior study.

-5/11/11 abd/pelv.CT w/o contr./Impression:
    No clear evidence of local spread of the patient's known rectal
    cancer or  of metastasis with very mild fat stranding about the
    rectum, likely on the basis of radiation.
    Anemia.
    Likely small bilateral nonobstructive kidney stones.
    Note: This examination is limited without IV contrast.

5/11/11 chest CT w/o contr./Impression:
    No clear evidence of metastatic spread of rectal cancer to the
    patient's chest.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

```
Comment:
CT of the chest is compared to a PET scan the same day.
The lungs are clear. The heart is normal in size.
The thyroid gland and esophagus are normal in appearance.
Heart muscles well visualized and is noncontrast CT scan in
keeping with anemia.
Multiple surgical clips are visualized in the mediastinum in this
patient is status post CABG. A right-sided chemotherapy port is
present.
```

5/12/11 abd.U/S:
```
Comparison: CT scan of 05/11/2011
Comments: Ultrasound images of the abdomen were performed.

The liver measures 13.3 cm length which is not enlarged. There is
increased hepatic echogenicity in keeping with nonspecific
hepatocellular disease.No gross space occupying intrahepatic
lesions are identified.
The spleen measures 10 cm in length which is not enlarged.
Limited Doppler images show normal directional blood flow in the
portal vein. Portal vein measures 0.6 cm in diameter which is
within normal limits.The pancreas is incompletely visualized.
The right kidney measures 10.5 cm in length. There is no right
hydronephrosis. The left kidney measures 10.4 cm in length.
There is no left hydronephrosis. There are bilateral renal
calcifications.
The gallbladder appears unremarkable. No gallstones or
pericholecystic fluid is identified..  The extrahepatic bile duct
measures 0.2 cm in diameter, which is within normal limits. There
is no intrahepatic biliary ductal dilatation.
```
Impression:
```
Bilateral renal calcifications. No hydronephrosis.
```

```
IMPRESSION:64yro/M rectal adenoCA.s/p neoadjuv.CTX/XRT 5040cGY 2/14-4/7/11.
Pre-treatment PET/CT did not show liver lesion,however most recent 5/11/11
PET s/f interval development of L.lobe liver lesion,SUV 4;no other liver masses.
Post-treatment C/A/P CT w/o contr.(crt.=3);no e/o mets.dz.;& abd.U/S not c/w
liver mass.
Of note,pre-treatment since pt.w/h/o unresected rectal adenoma since 2007,
GI recommended c-scope/EMR for dx./treatment of this lesion;however EMR
was unsuccessful in completed rxn.of the lesion & final path showed adenoCA.
Pt.did not have EUS per GI/Dr.Leib:"...due to questionable accuracy in
staging the tumor".. given the large bulk of the polyp which can give false
impression of invasion with any pressure against it and it would have been
almost impossible to get completely around the base of it to assess for
invasion. For those reasons I elected not to EUS it preprocedure.
That being said I am willing to proceed with repeat colonoscopy/EUS in one month
or so, if essential from a surgical perspective..."
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| DELGADO,RAUL JESUS<br>6617 CHARLES STREET<br>APARTMENT #27<br>PHILADELPHIA, PENNSYLVANIA  19135<br>DOB:04/23/1946 | Printed at PHILADELPHIA, PA VAMC· |

# Progress Notes

```
PLAN:
-Consult GI for EUS >depth of invasion is needed to plan surgergical approach.
-Non VA Fee Basis consult for Colorectal Surgery Evaluation
-Will present case @ Tumor Board for consensus on management of liver lesion.
Pt.d/w & seen w/Dr.Schnelldorfer,GI Surgery Attending.




Care Options:
Since it is unclear if lesion completely resected therefore the concensus of
the Board,that is Physcian Representatives from Surgery,Medical Oncology,
Radiation Oncology,Pathology & Radiology is to offer standard treatment
for rectal malignancy which is neoadjuvant CTX/XRT & post-treatment re-staging
with PET/CT. If post-treatment PET/CT c/w abnormality in cecum,then would
recommend repeat colonoscopy prior to proceeding with any further treatment.

/es/ SANDRA L. HAYES
NP
Signed: 01/19/2011 10:42

Receipt Acknowledged By:
01/21/2011 16:51          /es/ THOMAS SCHNELLDORFER
                              GI ATTENDING SURGEON


/es/ SANDRA L. HAYES
NP
Signed: 05/24/2011 18:45

Receipt Acknowledged By:
05/25/2011 09:08          /es/ THOMAS SCHNELLDORFER
                              GI ATTENDING SURGEON

05/24/2011 ADDENDUM                    STATUS: COMPLETED
Please ignore the below section of the 5/24/11 note:

"Care Options:
Since it is unclear if lesion completely resected therefore the concensus of
the Board,that is Physcian Representatives from Surgery,Medical Oncology,
Radiation Oncology,Pathology & Radiology is to offer standard treatment
for rectal malignancy which is neoadjuvant CTX/XRT & post-treatment re-staging
with PET/CT. If post-treatment PET/CT c/w abnormality in cecum,then would
recommend repeat colonoscopy prior to proceeding with any further treatment.

/es/ SANDRA L. HAYES
NP
Signed: 01/19/2011 10:42
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| DELGADO,RAUL JESUS<br>6617 CHARLES STREET<br>APARTMENT #27<br>PHILADELPHIA, PENNSYLVANIA  19135<br>DOB:04/23/1946 | Printed at PHILADELPHIA, PA VAMC |

EXHIBIT E

# Progress Notes

```
*****ScaUNote]



*****ScaUNote]
Click on Tools, click on Imaging,you may be required to log into Vista with
your Access/Verify codes. Now click on the Image you wish to view.



                        *** SCANNED DOCUMENT ***
                        SIGNATURE NOT REQUIRED


    Electronically Filed: 06/27/2011
                  by: TARYN KIMBERLEY MANN
```

```
 LOCAL TITLE: GI FLEX SIG CONSULT*
STANDARD TITLE: GASTROENTEROLOGY PROCEDURE CONSULT
DATE OF NOTE: JUN 09, 2011@12:53      ENTRY DATE: JUN 09, 2011@12:53:36
      AUTHOR: LIEB,JOHN G            EXP COSIGNER:
      URGENCY:                            STATUS: COMPLETED

Patient Name & SSN:  DELGADO,RAUL JESUS  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
Indication:visualize tumor site endoscopically post neoadj chemorads.
Physician performing the procedure:John Lieb II MD
Location of procedure:  GI Endoscopic Unit
Medication:
      No medication was used.
Procedure:
      After 3/4 go lytely, the scope was inserted without difficulty.
      The scope was advanced to the sigmoid at 40cm with a mininal
        air insufflation.
      The examination was completed.
      The patient tolerated the procedure well.
       The prep quality was fair.

The details of the findings were as follows:
Rectum:  Mild internal hemorroids.
      Again as seen during colonoscopy, just proximal to the second valve of
Houston at about 6-7cm from the anal verge. I saw the EMR scar which looked
healthy. There was some residual 8mm by 8 mm or so of what looked to be sessile
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

Printed at PHILADELPHIA, PA VAMC

Page 1084

# Progress Notes

adenoma. There was also some hyperplasia in the area, likely radiation effects.
I elected not to biopsy because I do not think that would affect decision-making
regarding surgery.
Sigmoid colon: What was seen up to 40cm was normal.


Impression:
        Scar seen in rectum as above with likely small amount of residual
        adenomatous appearing tissue.
Recommendations:
        Follow up with medical oncology and surgery service.

/es/ John G Lieb II M.D.
GASTROENTEROLOGY ATTENDING
Signed: 06/09/2011 13:00

---

  LOCAL TITLE: GI EUS/ERCP
STANDARD TITLE: GASTROENTEROLOGY CONSULT
DATE OF NOTE: JUN 09, 2011@12:44     ENTRY DATE: JUN 09, 2011@12:44:53
    AUTHOR: LIEB,JOHN G          EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

    *** GI EUS/ERCP Has ADDENDA ***

*****Radiographic Image attached to this note******
Click on Tools, click on Imaging,you may be required to log into Vista with
your Access/Verify codes. Now click on the Image you wish to view.


Rectal EUS

Indication: restaging of rectal CA after neoadjuvant chemorads

Physician: John Lieb II MD
Nurse: Steven Tranchitella RN
Tech: Kia Neely

Procedure: After informed consent and a time out, the radial olympus EUS scope
was inserted through the anus and advanced to about 30cm where the iliac vessels
were seen.

There was no adenopathy around the area of past lesion/scar or around the iliac
vessels.

The prostate was enlarged with calcifications but a clear border was seen
between it and the rectum and also between the seminal vescicles and the rectum.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

EXHIBIT F

# Progress Notes

```
Medication times:    Yes
Armband:             Yes
Priviledges:         Yes
Contraband rules:    Yes
Patient understands he/she must notify primary nurse prior to leaving the
unit:Yes


-------------------------------------------------------------------
VALUABLES:
Cash: $none
Disposition of valuables: Sent Home
Describe valuables patient kept:
Patient clothing bagged with patient identifier attached:Yes
Clothing sent:

-------------------------------------------------------------------
ADL ABILITIES:
Eating: Self
Toileting: Self
Bathing: Self
Grooming: Self
Dressing: Self
Mobility:  walks without assistance
Transferring: Self
Turning: Self

-------------------------------------------------------------------
PATIENT RIGHTS/RESPONSIBILITIES:
Reviewed patient rights and responsibilities with patient and
patient does  verbalize understanding.


-------------------------------------------------------------------
SIDE RAILS:
Discussed the use of side rails with patient and patient is able to make
informed decision concerning the use of side rails:Yes, patient wants side
rails up for mobility/security/comfort

/es/ MICHAEL LITTLEJOHN
HEALTH TECHNICIAN
Signed: 07/07/2011 18:19
```

```
 LOCAL TITLE: ER ATTENDING NOTE
STANDARD TITLE: ATTENDING EMERGENCY DEPARTMENT NOTE
DATE OF NOTE: JUL 07, 2011@10:22     ENTRY DATE: JUL 07, 2011@10:22:17
     AUTHOR: NEJMAN,GRACE         EXP COSIGNER:
```

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

```
    URGENCY:                          STATUS: COMPLETED

    *** ER ATTENDING NOTE Has ADDENDA ***

ER Triage Note reviewed
HPI:DELGADO,RAUL JESUS is a 65 y/o MALE with a pmh significant for  rectal
adenocarcinoma, CAD, CABG referred from hematology oncology clinic because of
abnormal laboratory test results on 6/30/11. Patient states that he has had
increasing fatigue and shortness of breath with exertion. He denies any chest
pain. He denies any abdominal pain, melena, hematocrit TZ. Patient has been
eating well. Denies any weight loss. He denies any fever or cough. He has been
taking his medications.

Patient has completed his radiation therapy and chemotherapy. He is waiting for
an approval to see the surgeon at the University of Pennsylvania. To this date
he has not been scheduled for his operation.

Allergies/ADR: Patient has answered NKA

Medications reviewed with patient: Has taken morning doses of medications
2)    AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH   ACTIVE
         ONCE DAILY (NOTE THE DOSAGE/STRENGTH)HIGHER DOSE
3)    ASPIRIN 81MG CHEW TAB CHEW ONE TABLET BY MOUTH EVERY    ACTIVE
         DAY
4)    ATENOLOL 25MG TABLET TAKE ONE TABLET BY MOUTH TWICE A   ACTIVE
         DAY
6)    LISINOPRIL 10MG TAB TAKE ONE TABLET BY MOUTH ONCE       ACTIVE
         DAILY FOR BLOOD PRESSURE
7)    OXYCODONE HCL/ACETAMINOPHEN 5/325 TAB TAKE 1 TABLET     ACTIVE
         BY MOUTH EVERY 6 HOURS
8)    ROSUVASTATIN CA 40MG TAB TAKE ONE-HALF TABLET BY        ACTIVE
         MOUTH ONCE DAILY FOR CHOLESTEROL IN PLACE OF
         SIMVASTATIN.

PMH:
Rectal adenocarcinoma
Chronic kidney disease
Venous insufficiency
CAD status post MI, CABG 2010 N. STEMI 3/2010. Plavix and aspirin discontinued
Hyperlipidemia
Diabetes mellitus
Vision impairment one I
Anemia acquired

Vital signs reviewed:
BP: 122/49 (07/07/2011 09:14)
Temp:97.1 F [36.2 C] (07/07/2011 09:14)
HR: 55 (07/07/2011 09:14)
```

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)**

```
DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946
```

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

```
Resp: 16 (07/07/2011 09:14)
Pulse Ox: 7/7/11 @ 0914        PULSE OXIMETRY: 100
pAIN: 7 (07/07/2011 09:14)

PHYSICAL EXAM
General: pleasant NAD
Mental status:Alert and oriented x3
Skin: warm and dry pale
HEENT: Normocephalic. oral mucosa moist neck supple
CV: HRR w/o Murmur , ectopy, rub
Pulm: Respirations easy  Lungs CTA   No rales rhonchi or wheeze
GI: abdomen scaphoid soft NT BS active no guarding or rebound
Extrem: No edema

DATA ANALYSIS
ECG: Sinus bradycardia otherwise unchanged compared to 4/25/11
Laboratory:
```

| BLOOD | 07/07 2011 09:58 | 06/30 2011 13:53 | 06/16 2011 09:56 | 05/12 2011 10:05 | 04/14 2011 09:36 | Units | Reference Ranges |
|-------|-------|-------|-------|-------|-------|-------|-------|
| WBC | 7.7 | 5.8 | 8.9 | 8.9 | 8.0 | THOU/CUMM | 4.8 - 10.8 |
| RBC | 2.35 L | 2.12 L | 2.69 L | 2.41 L | 2.68 L | MIL/CUMM | 4.2 - 6.1 |
| HGB | 7.6 L | 6.8 L* | 8.8 L | 7.8 L | 8.8 L | g/dL | 12 - 18 |
| HCT | 22.5 L | 19.8 L | 24.8 L | 22.6 L | 24.9 L | % | 37 - 51 |
| MCV | 95.4 | 93.4 | 92.1 | 93.7 | 92.8 | fL | 81 - 99 |
| MCH | 32.3 H | 32.3 H | 32.9 H | 32.2 H | 32.8 H | PG | 27 - 31 |
| MCHC | 33.8 | 34.6 | 35.7 | 34.4 | 35.4 | G/dL | 33.0 - 38.0 |
| RDW | 13.5 | 13.6 | 13.6 | 16.8 H | 17.2 H | % | 11.5 - 14.5 |
| PLT | 114 L | 117 L | 116 L | 188 | 193 | THOU/CUMM | 130 - 400 |

| SERUM | 07/07 2011 09:58 | 06/30 2011 13:53 | 05/12 2011 10:05 | 04/06 2011 11:50 | 04/06 2011 11:49 | Units | Reference Ranges |
|-------|-------|-------|-------|-------|-------|-------|-------|
| GLUCOSE | 187 H | 160 H | 171 H | 274 H | 269 H | mg/dL | 71 - 99 |
| NA | 139 | 137 | 141 | 144 | 142 | mmol/L | 136 - 144 |
| K+ | 5.0 | 5.9 H | 5.7 H | 4.4 | 4.4 | mmol/L | 3.6 - 5.1 |
| CL | 115 H | 111 | 110 | 113 H | 113 H | mmol/L | 101 - 111 |
| CO2 | 17 L | 20 L | 25 | 24 | 24 | mmol/L | 22 - 32 |
| BUN | 82 H | 78 H | 51 H | 40 H | 41 H | mg/dL | 8 - 20 |
| CREAT | 3.82 H | 3.58 H | 3.04 H | 2.36 H | 2.33 H | mg/dL | 0.70 - 1.20 |
| CA | 8.8 L | 8.4 L | 8.8 L | 8.4 L | 8.3 L | mg/dL | 8.9 - 10.3 |

```
Radiology:
Prior records reviewed: YES

TREATMENT IN ED:
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

DELGADO, RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

```
Hep-Lock, type and screen

IMPRESSION:
Symptomatic anemia- patient agreeable to transfusion
Rectal adenocarcinoma- surgical care needs to be coordinated with University of
Pennsylvania
Chronic renal disease
Diabetes mellitus controlled

/es/ Dr. Grace Nejman
Director, Emergency Department
Signed: 07/07/2011 13:31


07/07/2011 ADDENDUM                    STATUS: COMPLETED
Patient admitted to medicine
Handoff communication to Dr. Levin Condition: stable
Code status: Full
Critical care time: None

/es/ Dr. Grace Nejman
Director, Emergency Department
Signed: 07/07/2011 17:05
```

```
 LOCAL TITLE: ER TRIAGE/NURSING NOTE*
STANDARD TITLE: EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: JUL 07, 2011@09:15   ENTRY DATE: JUL 07, 2011@09:15:09
    AUTHOR: MCCREA,AMY L      EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

   *** ER TRIAGE/NURSING NOTE* Has ADDENDA ***

Mode of Arrival:                    Public Transportation
Homeless:                           No.
Level of Consciousness: A x O x3    Yes
High risk Situation:                No.
Severe pain or distress :           No  Pain Index(0-10)  0

PATIENT AGE:              65
GENDER:                   MALE
HEART RATE:               55 (07/07/2011 09:14)
RESPIRATIONS:             16 (07/07/2011 09:14)
Pulse Ox:                 7/7/11 @ 0914      PULSE OXIMETRY: 100

Temperature:              97.1 F [36.2 C] (07/07/2011 09:14)
Blood Pressure:           122/49 (07/07/2011 09:14)
Weight:                   129 lb [58.6 kg] (06/16/2011 10:59)
Fingerstick Glucose:
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

EXHIBIT G

# Progress Notes

Signed: 07/08/2011 11:01

LOCAL TITLE: MEDICINE RESIDENT ADMIT HISTORY & PHYSICAL
STANDARD TITLE: INTERNAL MEDICINE RESIDENT ADMISSION EVALUATION
DATE OF NOTE: JUL 07, 2011@19:25      ENTRY DATE: JUL 07, 2011@19:25:59
    AUTHOR: HAFT,SUNNY J         EXP COSIGNER:
    URGENCY:                     STATUS: COMPLETED

PATIENT NAME:  DELGADO,RAUL JESUS  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

CC: "they sent me a letter, I need a transfusion"

HPI:

Pt is a 65 yo male with a PMH of rectal adenocarcinoma and adjuvant chemorad
completed on 4/7/11, CAD, s/p CABG, CKD, and type II Diabetes who p/w a
complaint of
needing a transfusion due to low Hgb levels found 1 week ago in the heme/onc
clinic. Patient has needed regular transfusions since completing his chemorad
therapy and reports that the transfusions have made him feel "stronger." The pt
had routine labs checked 6/30/2011 which showed worsening anemia, hyperkalemia,
and acute on chronic kidney injury. The hemeonc clinic was unable to contact him
via the phone, so they sent him a letter asking him to present for blood
transfusion.The pt presented to the ED and was admitted to the inpatient floor.


Pt also complains of fatigue and being "generally tired and weak" since 7 days
ago. Fatigue is worse when walking, and has been getting progressively worse
over the last couple days. However, his fatigue is not enough to interfere with
daily functioning and was only brought up as a secondary/minor complaint. He
denies SOB and syncope. Also denies fevers, chills, cough. He denies chest pain.
He acknowledges "being more cold than usual" over the last week as well.

Pt also complains of "losing my sight when I stand" since 7 days ago. He reports
that his vision blacks out briefly upon standing and returns within a few
seconds. He reports that he has been eating and drinking well recently, and
denies any weight gain or loss.

Primary Care Provider:  MARSHALL,KATHLEEN E

Outpatient Primary Care provider: OGOREK,CARRIE P

Allergies:  NKDA

Other Allergies:  Patient has answered NKA

Medications:

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

```
    OUTPT MEDICATIONS:
    ------------------

        DRUG                                        STATUS
        ----                                        ------
ACCU-CHEK COMFORT CV(GLUCOSE) TEST STRIP            ACTIVE
    SIG: USE 1 STRIP FOR TESTING    TWICE A WEEK
AMLODIPINE BESYLATE 10MG TAB                        ACTIVE
    SIG: TAKE ONE TABLET BY MOUTH ONCE DAILY (NOTE THE DOSAGE/STRENGTH)HIGHER
        DOSE
DERMA CERIN TOP CREAM                               ACTIVE
    SIG: APPLY SMALL AMOUNT TO AFFECTED AREA DAILY
TRIAMCINOLONE ACETONIDE 0.1% CREAM                  ACTIVE
    SIG: APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY
UREA 20% CREAM                                      ACTIVE
    SIG: APPLY MODERATE AMOUNT TO AFFECTED AREA TWICE A DAY ONLY TO RIGHT LEG
        WHERE THERE IS SCALE
LISINOPRIL 10MG TAB                                 ACTIVE
    SIG: TAKE ONE TABLET BY MOUTH ONCE DAILY FOR BLOOD PRESSURE
ATENOLOL 25MG TABLET                                ACTIVE
    SIG: TAKE ONE TABLET BY MOUTH TWICE A DAY
ROSUVASTATIN CA 40MG TAB                            ACTIVE
    SIG: TAKE ONE-HALF TABLET BY MOUTH ONCE DAILY FOR CHOLESTEROL IN PLACE OF
        SIMVASTATIN.
OXYCODONE HCL/ACETAMINOPHEN 5/325 TAB               ACTIVE
    SIG: TAKE 1 TABLET BY MOUTH EVERY 6 HOURS

    INPT MEDICATIONS:
    -----------------

        DRUG                    DOSE        STATUS    SIG
        ----                    ----        ------    ---
OXYCODONE/APAP 5/325 UD (TABLE   1          ACTIVE
    SIG: EVERY 6 HOURS AS NEEDED
AMLODIPINE BESYLATE 10MG TAB     1          ACTIVE    QDAY
ATENOLOL 25MG TABLET             1          ACTIVE    EVERY 12 HOURS
INSULIN REG HUMAN 100 UNIT/ML    1          ACTIVE    QAC&HS (INSULIN)
ROSUVASTATIN CA 20MG TAB         1          ACTIVE    QHS
TRIAMCINOLONE ACETONIDE 0.1% C   1          ACTIVE    TWICE DAILY
CARBAMIDE 20% CREAM UD           1          ACTIVE    TWICE DAILY
ACETAMINOPHEN 325MG TABLET UD    2          ACTIVE    ONCE

Past Medical History:  1. Rectal adenonocarcinoma dx 12/9/10, completed
                          neoadjuvant chemorads on 4/7/11
                       2. Chronic Kidney Disease
                       3. CAD s/p 4 vein CABG in 2010 following an MI, aspirin
                          and Plavix discontinued
                       4. Type II Diabetes
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

```
DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946
```

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

```
            5. HTN
            6. Venous Stasis Dermatitis following saphenous vein
               harvest for CABG
            7. Anemia acquired

Past Surgical History: CABG 3/2010

Surgical Procedures (as listed in VISTA):
SURGERIES - NONE FOUND

Social History:
            Marital Status:  NEVER MARRIED
            Lives with: alone
            Employment: NOT EMPLOYED
            ETOH: denies
            Smoke: denies
            Drug use: denies

Family  History: Patient is not survived by any family and is unaware of any
significant medical hx in his family

ROS:
        no HA
        no CP
        no SOB
        no N/V/D
        no BRBPR
        no Abd pain
        no Urinary complaints
        no rashes

Physical Exam:

     Vital Signs:        HR 60
                         BP 122/49
                         RR 16
                         Temp 97.1
                         O2 Sat 100 RA


     General:            well-groomed male in no apparent distress, is ambulatory
                         with no difficulty


     HEENT:              sclera anicteric,  EOMI,
                         mouth: moist mucous membranes, no lesions


     Neck:               No JVD, no bruits
                         no adenopathy, no thyroid enlargement
                         or masses
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

Chest:         Clear to auscultation, chemo port palpable on R upper chest, mediastinal scar from prior surgery

Card:          RRR, no murmurs or gallops appreciated, strong radial pulses

Abd:           Soft, NT, normal bowel sounds, no organomegaly

Extr:          large purple lichenified plaques covering lower extremities, no cyanosis or edema

Neuro:        Strength 5/5 throughout
Normal gait

Labs:    7/7/11 in ED

| | | |
|---|---|---|
| WBC | 7.7 | |
| RBC | 2.35 | L |
| HGB | 7.6 | L |
| HCT | 22.5 | L |
| MCV | 95.4 | |
| MCH | 32.3 | H |
| MCHC | 33.8 | |
| RDW | 13.5 | |
| PLT | 114 | L |
| MPV | 9.1 | |
| NEUT% | 70.2 | H |
| LYMPH% | 8.9 | L |
| MONO% | 8.1 | |
| EOS% | 11.8 | H |
| BASO% | 1.0 | |
| NEUT # | 5.4 | |
| LYMPH # | 0.7 | L |
| MONO # | 0.6 | |
| EOS # | 0.9 | H |
| BASO # | 0.1 | H |
| | | |
| GLUCOSE | 187 | H |
| NA | 139 | |
| K+ | 5.0 | |
| CL | 115 | H |
| C02 | 17 | L |
| BUN | 82 | H |
| CREAT | 3.82 | H |
| CA | 8.8 | L |
| MG | 1.7 | L |

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

VISTA Electronic Medical Documentation

Printed at PHILADELPHIA, PA VAMC

Page 1057

# Progress Notes

```
            EGFR        17


ALT:          18 IU/L        (07/07/2011 09:58)
Alkph:        62 IU/L        (07/07/2011 09:58)
AST:          18 IU/L        (07/07/2011 09:58)
Bili:         0.6 mg/dL      (07/07/2011 09:58)
T.Chol:       94 mg/dL L     (02/10/2011 10:47)
Alb:          4.0 g/dL       (07/07/2011 09:58)
T.Prot:       7.0 g/dL       (07/07/2011 09:58)
LDH:          0
```

Assessment:

Pt is a 65 yo male with a PMH of rectal adenocarcinoma and adjuvant chemorad completed 3 months ago, CAD, CABG, CKD, and type II Diabetes who p/w a complaint of needing a transfusion following his outpatient hemeonc appointment 7 days ago. Pt also complains of general weakness over the last 1 week, likely due to a combination of his anemia and metabolic acidosis as seen on labs. Physical exam was unremarkable besides lower extremity venous stasis dermatitis. Pt also needs a surgical appt at HUP for tumor removal.

Plan:

1. Fatigue -- likely due to a combination of his anemia and metabolic acidosis secondary to a combination of radiation tx and acute on chronic kidney injury:
   - PRBC transfusion

2. Anemia -- chemo/radiation bone marrow suppression vs occult blood loss from rectal tumor vs decreased EPO production from worsening kidney injury:
   - PRBC transfusion
   - recheck CBC in am
   - holding EPO as patient is undergoing potentially curative cancer tx and EPO may in fact stimulate tumor growth

3. Acute on chronic kidney disease -- due to possible compression of ureter by tumor vs Lisinpril use vs anemia vs dehydration
   - d/c Lisinpril
   - U/S of kidneys to look for hydronephrosis
   - IV fluids plus PRBC transfusion

4. Rectal Adenocarcinoma -- s/p chemoradiation
   - help coordinate surgical appt with HUP as pt has been risk-stratified and would benefit from surgery occuring close to the time of chemoradiation

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

DELGADO, RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB: 04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

```
5. Venous Stasis Dermatitis
       - continue use of pressure stockings
       - continue using creams

6. HTN
       - cont Atenolol and amlodopine
       - hold lisinopril

7. CAD
       - cont atenolol and crestor, pt has been off of Plavix and aspirin

8. DM
       - cont monitoring glucose levels as they have been high recently
       - encourage healthy eating for glucose control

9. FEN
       - diabetic diet

10. Prophylaxis
       - give subq heparin

11. Dispo
       - return home when medically stable



/es/ SUNNY J HAFT
medical student
Signed: 07/08/2011 08:38
```

```
 LOCAL TITLE: NURSING ADMISSION ASSESSMENT-PART 1
STANDARD TITLE: NURSING ADMISSION EVALUATION NOTE
DATE OF NOTE: JUL 07, 2011@18:12     ENTRY DATE: JUL 07, 2011@18:12:15
    AUTHOR: LITTLEJOHN,MICHAEL     EXP COSIGNER:
    URGENCY:                         STATUS: COMPLETED


              NURSING ADMISSION ASSESSMENT - PART I

 (To be completed by RN, LPN or Health Tech)


Date and time of arrival:   Mode of Arrival: wheelchair

Admit to: 5EMED           Admit from:

VA Armband placed using active identification by patient stating
```

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

Page 1059

EXHIBIT H

# Progress Notes

```
DATE OF NOTE: JUL 08, 2011@09:09    ENTRY DATE: JUL 08, 2011@09:09:25
     AUTHOR: HAFT,SUNNY J         EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED


   *** MEDICAL STUDENT DAILY PROGRESS NOTE Has ADDENDA ***

Name:  DELGADO,RAUL JESUS  SSN:  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

Subjective:

Pt states he feels much better this morning following his PRBC transfusions last
night. Denies any fatigue this morning and has no other complaints at this time.


Objective:
  Vitals:
      BP:  145/59 (07/08/2011 08:50)
      P:   55 (07/08/2011 08:50)
      TEM: 97.9 F [36.6 C] (07/08/2011 08:50)
      R:   18 (07/08/2011 08:50)
      O2 Sat: 100
  General: well appearing, ambulatory
  Head & Neck: moist mucous membranes, sclera anicteric
  Chest: clear bilaterally
  Heart: RRR, nl S1 and S2
  Abdomen: soft, nontender
  GI: no blood per rectum
  Ext: purple lichenified plaques on lower extremities, not bleeding, no edema

  Labs:
WBC:  7.1 THOU/CUMM    (07/08/2011 06:00)
HgB:  9.8 g/dL L   (07/08/2011 06:00)
PLT:  112 THOU/CUMM L   (07/08/2011 06:00)
CHEM 7:

  Inpatient Meds:
      INPT MEDICATIONS:
      ------------------
```

|           DRUG            | DOSE | STATUS | SIG |
|---------------------------|------|--------|-----|
| ----                      | ---- | ------ | --- |
| OXYCODONE/APAP 5/325 UD (TABLE | 1 | ACTIVE | |
|   SIG: EVERY 6 HOURS AS NEEDED | | | |
| AMLODIPINE BESYLATE 10MG TAB | 1 | ACTIVE | QDAY |
| ATENOLOL 25MG TABLET      | 1    | ACTIVE . | EVERY 12 HOURS |
| INSULIN REG HUMAN 100 UNIT/ML | 1 | ACTIVE | QAC&HS (INSULIN) |
| ROSUVASTATIN CA 20MG TAB  | 1    | ACTIVE | QHS |
| TRIAMCINOLONE ACETONIDE 0.1% C | 1 | ACTIVE | TWICE DAILY |

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

```
DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946
```

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

```
CARBAMIDE 20% CREAM UD              1           ACTIVE    TWICE DAILY
HEPARIN NA 5000 UNITS SYR           1           ACTIVE    EVERY 8 HOURS
```

Assessment:

Pt is a 65 yo male with a h/o rectal adenocarcinoma and neoadjuvant chemorad
therapy 3 completed 3 months ago, CKD, CAD, s/p CABG 1.5 yrs ago, and diabetes
who p/w mild fatigue in the setting of anemia, low HCO3, hyperkalemia, and a
decreased GFR from baseline. Pt presenting with an acute on chronic worsening of
kidney disease. Big obstacle to pt care is communication and sw is working on
getting him a cell phone.

Plan:

# Fatigue:
        - completed 2 units of PRBC transfusion last night

# Anemia
        - s/p PRBC transfusion
        - awaiting morning labs to monitor change in hgb
        - holding EPO as pt has cancer and there are concerns for tumor growth

# Acute on Chronic Kidney Disease
        - renal U/S scheduled for today to look for hydronephrosis
        - pt given IV fluids
        - d/ced Lisinopril due to lowering of GFR from baseline. Lisinopril is
not cleared well by the kidney and there is increase in bioavailability once GFR
drops below 30

# Rectal Adenocarcinoma
        - helping to coordinate surgical appt at HUP
        - call oncologist to confirm appropriateness of surgery at this time?

# HTN
        - cont atenolol and amlodipine
        - hold lisinopril

# CAD
        - cont statin with amlodipine
        - consider starting on ASA again

# DM
        - consider starting on insulin and/or Glipizide as glucose is not well
        controlled

# FEN   - diabetic diet

# Prophylaxis

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

```
            - give subq heparin

# Dispo
            - currently medically stable, may go home today if U/S is nl
            - should not go home until sw finds pt a cell phone as he needs a good
            way for hemeonc and surgery to contact him
```

/es/ SUNNY J HAFT
medical student
Signed: 07/08/2011 10:43

07/08/2011 ADDENDUM                     STATUS: COMPLETED
Patient examined and case discussed with HS.

BP:145/59 (07/08/2011 08:50)
P: 55 (07/08/2011 08:50)
T: 97.9 F [36.6 C] (07/08/2011 08:50)
RR:18 (07/08/2011 08:50).

65 yo male with h/o CAD s/p CABG, CRI, DM and rectal adeno CA s/p CTX/XRT
awaiting resection admitted for Hg 6.8, K 5.9, Cr 3.8 (from 2-3) on labs while
in heme/onc clinic. ECG without changes. Patient is currently s/p 2U PRBC and
IVF. This AM Hg 9.8 , K 4.8, Cr 3.34. Patient is donig well this AM without
complaints, lungs clear, RRR, abd soft NT/ND, no LE edema. Would continue to
hold ACE given problems with hyperkalemia, renal u/s to r/o obstruction in
setting of rectal ca. Currently on SS insulin for known DM; was not taking meds
as outpatient will need to be d/c on new outpatient regimen. See HS note for
additional issues; agree with assessment and plan as detailed above.

/es/ Virginia Chang, MD
MD
Signed: 07/08/2011 11:02

07/08/2011 ADDENDUM                     STATUS: COMPLETED
Agree with medical student progress note

S:  pt feels much improved after the blood transfusion.  He denies any
complaints today except for chronic pain at his port site

O:  VSS.  lungs CTAB.  Abd soft, ntnd

A/P:
Anemia: now improved s/p transfusion.  Likely will be an ongoing issue given
rectal CA, CKD, and recent chemorads

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

AoCKD:  FeNa not consistent with dehydration.  Somewhat improved with hydration.
- check renal U/S
- hold lisinopril

Rectal CA:  I have been in touch with the staff from medical oncology and
surgical oncology.  This patient urgently needs surgical resection as he has
completed neoadjuvant chemoradiation.  Per the chart, his 7078 form to approve
payment of HUP for this procedure has been approved, but the most recent note
from BRYANT,RODINA regarding that states:

"The 7078 has not returned to me as of today (7/1/11) Sandra Hayes alerted.
Patient can not be scheduled till 7078 returns to me via supervisor with proper
authorization."

We would prefer to deal with this issue while the patient remains an inpatient.

Pain control:  continue percocet

/es/ DOUGLAS JAY LEVINE
Resident
Signed: 07/08/2011 11:50

---

  LOCAL TITLE: SOCIAL WORK NOTE
STANDARD TITLE: SOCIAL WORK NOTE
DATE OF NOTE: JUL 08, 2011@08:38      ENTRY DATE: JUL 08, 2011@08:38:05
     AUTHOR: GALLAGHER,DONALD      EXP COSIGNER:
     URGENCY:                           STATUS: COMPLETED

This case manager visited Vet in his hospital room to obtain updates regarding
his recent admission.

Vet stated he was feeling ill the past week or so and decided to visit the PVAMC
ED.  Vet was screened and admitted for further observation.


Vet was in good spirits and stated he may be leaving this afternoon.

Vet was instructed to visit this case manager before he left to assist him in
obtaining a free cell phone through either Assurance or SafeLink.
Vet admitted it is difficult for his providers to reach him to discuss his
medical treatment.  Vet stated he only receives paper mail from providers.


Vet stated his apartment is going well, he was able to pay his July rent.
Vet stated his AC works well which has been helpful during the past week of
excessive heat.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

**VISTA Electronic Medical Documentation**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

Printed at PHILADELPHIA, PA VAMC

EXHIBIT I

# Progress Notes

```
       URGENCY:                        STATUS: COMPLETED

       *** MEDICAL STUDENT DAILY PROGRESS NOTE Has ADDENDA ***

Name:  DELGADO,RAUL JESUS  SSN:  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

Subjective:
        Pt has no complaints o/n. Pt inquiring into when he can go home, and was
informed that he will be seen for a renal U/S this morning and that he needs a
surgery appt at HUP as well for cancer resection.

        Pt reports good urine output and fluid intake. Denies dry mouth or signs
of orthostatic hypotension. Reports he no longer feels fatigued following his
transfusion 3 days ago.

Objective:
  Vitals:
        BP:  129/64 (07/11/2011 03:06)
        P:   93 (07/11/2011 03:06), measured at bedside: 72
        TEM: 98.5 F [36.9 C] (07/11/2011 03:06)
        R:   20 (07/11/2011 03:06)
        O2 Sat: 96 RA
  Head & Neck: moist mucous membranes
  Chest: Lungs clear bilaterally
  Heart: RRR, no murmurs or rubs appreciated
  Abdomen: NABS
  Ext: good cap refill (under 2 secs), no edema

  Labs:
WBC:  7.2 THOU/CUMM     (07/10/2011 06:00)
HgB:  9.9 g/dL L     (07/10/2011 06:00)
PLT:  103 THOU/CUMM L     (07/10/2011 06:00)
CHEM 7:

  Inpatient Meds:
        INPT MEDICATIONS:
        -----------------
```

| DRUG | DOSE | STATUS | SIG |
|------|------|--------|-----|
| AMLODIPINE BESYLATE 10MG TAB | 1 | ACTIVE | QDAY |
| ATENOLOL 25MG TABLET | 1 | ACTIVE | EVERY 12 HOURS |
| INSULIN REG HUMAN 100 UNIT/ML | 1 | ACTIVE | QAC&HS (INSULIN) |
| ROSUVASTATIN CA 20MG TAB | 1 | ACTIVE | QHS |
| TRIAMCINOLONE ACETONIDE 0.1% C | 1 | ACTIVE | TWICE DAILY |
| CARBAMIDE 20% CREAM UD | 1 | ACTIVE | TWICE DAILY |
| HEPARIN NA 5000 UNITS SYR | 1 | ACTIVE | EVERY 8 HOURS |

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

Assessment:

Pt is a 65 yo male with a h/o rectal adenocarcinoma and neoadjuvant chemorad
therapy completed 3 months ago, CKD, CAD, s/p CABG 1.5 yrs ago, and diabetes
who p/w mild fatigue in the setting of anemia, low HCO3, hyperkalemia, and a
decreased GFR from baseline. Hgb improved s/p transfusion and pt feeling much
better.Pt presenting with an acute on chronic worsening of kidney disease as
well and will recieve a renal U/S today. Big obstacle to pt care is
communication and sw is working on getting him a cell phone.

Plan:

# Anemia
        - s/p PRBC transfusion
        - hgb 9.9 and stable as of yesterday
        - holding EPO as pt has cancer and there are concerns for tumor growth

# Acute on Chronic Kidney Disease
        - renal U/S scheduled for today to look for hydronephrosis
        - d/ced Lisinopril due to lowering of GFR from baseline. Lisinopril is
not cleared well by the kidney and there is increase in bioavailability once GFR
drops below 30 (GFR currently at 19)

# Rectal Adenocarcinoma
        - helping to coordinate surgical appt at HUP. Called the coordinator at
Surg/Onc clinic and she informed me that they are still waiting on the 7078 form
from the VA Chief of Staff that apporves payment to HUP for surgery.
        - Called outpt heme/onc clinic, pt has appt on 7/14 at 8:15

# HTN
        - cont atenolol and amlodipine
        - hold lisinopril

# CAD
        - cont statin with amlodipine
        - consider starting on ASA again (oncologist recommends against this
while pt is anemic per his most recent note)

# DM
        - pt currently on insulin as an inpt
        - consider starting on home insulin and/or Glipizide as glucose is not
well controlled

# FEN   - diabetic diet

# Prophylaxis
        - give subq heparin

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA   19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

```
# Dispo
        - currently medically stable, may go home today if U/S is nl
        - ideally should not go home until sw finds pt a cell phone as he needs
a good way for hemeonc and surgery to contact him (currently can only be
contacted via postal mail)


/es/ SUNNY J HAFT
medical student
Signed: 07/11/2011 09:38

Receipt Acknowledged By:
07/13/2011 17:56          /es/ SARA M CORR
                             MD


07/11/2011 ADDENDUM              STATUS: COMPLETED
I have sent a note to the Chief of Staff to check on the status of the 7078 form
for his surgical care.

/es/ DAVID A. ASCH
MD
Signed: 07/11/2011 11:05


07/11/2011 ADDENDUM              STATUS: COMPLETED
Resident addendum:

Agree with excellent MS note.

S: No complaints, No O/N events.

O:Temp: 97.4 F [36.3 C] (07/11/2011 08:50)
BP: 134/63 (07/11/2011 08:50)
HR: 58 (07/11/2011 08:50)
RR: 20 (07/11/2011 08:50)
O2 sat: 7/11/11 @ 0850     PULSE OXIMETRY: 100


Exam:
NAD, well appearing
RRR
CTAB
abd s, nt, nd
no edema
```

| BLOOD | 07/11 2011 | 07/10 2011 | 07/09 2011 | 07/08 2011 | 07/07 2011 | Reference |
|-------|-----------|-----------|-----------|-----------|-----------|-----------|

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

```
DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946
```

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

EXHIBIT J

# Progress Notes

```
STANDARD TITLE: SOCIAL WORK NOTE
DATE OF NOTE: JUL 21, 2011@12:05      ENTRY DATE: JUL 21, 2011@12:05:48
     AUTHOR: GALLAGHER,DONALD       EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED
```

Vet visited the HUD-VASH office to complete the application for a phone through Assurance Wireless.

The application was signed by Vet and an updated income statement was included.

The application packet was faxed to Assurance Wireless at 1-877-732-3018.

Vet was informed if he is approved and receives a phone in the mail he is to bring it in to the HUD-VASH office in order for me to help him activate the phone.

Vet reported he is doing well during this week of excessive heat, Vet stated his AC is functioning properly in his home.

/es/ Donald Gallagher, LSW
Social Worker
Signed: 07/21/2011 12:13

Receipt Acknowledged By:
08/22/2011 11:43        /es/ ANDREW P BRENZA
                            Social Worker

```
 LOCAL TITLE: HEM/ONC ATTENDING PROGRESS NOTE
STANDARD TITLE: HEMATOLOGY AND ONCOLOGY ATTENDING NOTE
DATE OF NOTE: JUL 21, 2011@11:01      ENTRY DATE: JUL 21, 2011@11:01:28
     AUTHOR: GOGINENI,KEERTHI       EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED
```

OUTPATIENT HEMATOLOGY-ONCOLOGY VISIT:7/21/11

LAST SEEN:6/16/11

DIAGNOSIS: Rectal adenocarcinoma

STAGE:TXNXM0

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

No EUS performed due to ?distortion after EMR which unexpectedly
demonstrated adenocarcinoma.

PRIOR TREATMENTS:
Status post neoadjuvant chemorads
Cycle 1 (2/14-2/18/11):5-FU 1000MG/M2=1660MG PER DAY FOR 5 DAYS
Cycle 2 (3/21-3/25/11): 5-FU 1000MG/M2=1660MG PER DAY FOR 5 DAYS (technically
one week delay, i.e. day 34 instead of day 29 because of missed RT days)
Completed RT 4/7/11: 5040cGy


6/9/11 had EUS and flex sig procedure with Dr. Lieb:
EUS Impression:
1.Some thicking for about 10-15 cm in the rectal wall, starting about 3cm from
anal verge involving layer 2. This is almost certainly post radiation changes.
Muscularis propria and deeper rectal layers intact and unaffected as above.
2.No visible local/regional adenopathy.

Flex sig
Impression:
Scar seen in rectum as above with likely small amount of residual adenomatous
appearing tissue.
Recommendations:
Follow up with medical oncology and surgery service.

CURRENT TREATMENT: Awaiting surgery!

ECOG STATUS:0

HPI/INTERVAL HISTORY: Mr. Delgado is a 64 yo gentleman with history of coronary
disease s/p 4V CABG in 3/2010 who was subsequently managed on ASA & Plavix who
has a rectal adenocarcinoma. He had a colonoscopy in 2007 demonstrating rectal
adenoma, and was lost to follow-up thereafter until he presented with syncope
resulting in the cardiac evaluation/CABG in 3/2010. At that time, he reports
having had a c-scope at Hahnemann. I have not seen this report. Coordination
of his procedures and prep has been complicated by nonexistant social
support, no phone, blood thinners, poor preps, etc. Ultimately re-evaluated
at the VA in 12/9/2010, and c-scope then apparently showed a lesion 7cm from
the anal verge that looked like a polypoid adenoma. Mass was not biopsied at
that time as he was on ASA and Plavix, and plan was for follow-up EMR/EUS and
biopsy as well as repeat evaluation of remaining colon given poor prep. He
had a repeat C-scope on 12/20- he had ~80% of the lesion removed via EMR; EUS
was not performed. Unexpectedly, biopsy of the mass showed a focus of
adenocarcinoma arising from a TV adenoma. He had a PET-CT on 12/21 (one day
after his procedure) showing SUV max 16.9 at the proximal rectum/distal
sigmoid colon and soft tissue density measuring 41 x 29 mm in the cecum /
proximal ascending colon with diffuse tracer uptake (max SUV of 5.0). Dr.
Lieb in retrospect mentioned possible abrasion at the cecum due to

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

instrumentation corresponding to this uptake. Tumor board discussion (at
which I was not present) culminated in decision to proceed with neoadjuvant
therapy due to bulk of the lesion as visualized on c-scope as EUS at this
time post EMR was felt to offer limited utility re depth of invasion of
residual lesion and despite unknown extent/presence of nodal involvement.

Today:
He was hospitalized for 5 days last week.
Outpatient labs showed low Hg, admitted via ER for transfusion.
He denies having noted bleeding symptoms.

Supposed to get a cell phone through the VA to facilitate communication with
outpatient docs; hasn't gotten it yet.

He was kept in house in part to nail down details re 7078 form; needs an OR date
ASAP. Now has an appt with surg onc at HU for 8/15--- Dr. Mahmoud.
This is 4 months after completing neoadjuvant chemorads!

Stopped Lisinopril due to symptoms and K.


PMH:
CKD (baseline pretreatment was Cr 2.55)
DM
CAD (preserved EF)

ALL:NKDA

RX:
MEDICATIONS (as listed in Vista):
  Active Outpatient Medications (excluding Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ACCU-CHEK COMFORT CV(GLUCOSE) TEST STRIP USE 1 STRIP FOR TESTING    TWICE A WEEK | ACTIVE |
| 2) | AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH ONCE DAILY (NOTE THE DOSAGE/STRENGTH)HIGHER DOSE | ACTIVE (S) |
| 3) | ATENOLOL 25MG TABLET TAKE ONE TABLET BY MOUTH TWICE A DAY | ACTIVE (S) |
| 4) | DERMA CERIN TOP CREAM APPLY SMALL AMOUNT TO AFFECTED AREA DAILY | ACTIVE |
| 5) | ERGOCALCIFEROL (VIT D2) 50,000UNIT CAP TAKE ONE CAPSULE BY MOUTH WEEKLY FOR VITAMIN D REPLACEMENT | ACTIVE |
| 6) | OXYCODONE HCL/ACETAMINOPHEN 5/325 TAB TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN. | ACTIVE |
| 7) | ROSUVASTATIN CA 40MG TAB TAKE ONE-HALF TABLET BY MOUTH ONCE DAILY FOR CHOLESTEROL IN PLACE OF | ACTIVE (S) |

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

```
        SIMVASTATIN.
8)     TRIAMCINOLONE ACETONIDE 0.1% CREAM APPLY SMALL AMOUNT   ACTIVE
       TO AFFECTED AREA TWICE A DAY
9)     UREA 20% CREAM APPLY MODERATE AMOUNT TO AFFECTED AREA   ACTIVE
       TWICE A DAY ONLY TO RIGHT LEG WHERE THERE IS SCALE
   TWICE A DAY ONLY TO RIGHT LEG WHERE THERE IS SCALE


FH/SH:
SH notable for poor support, no phone

INTERVAL LABS/PATHOLOGY STUDIES:
```

| BLOOD | 07/15 2011 09:43 | 07/11 2011 06:00 | 07/10 2011 06:00 | 07/09 2011 06:00 | 07/08 2011 06:00 | Units | Reference Ranges |
|---|---|---|---|---|---|---|---|
| WBC | 7.7 | 8.0 | 7.2 | 6.5 | 7.1 | THOU/CUMM | 4.8 - 10.8 |
| RBC | 2.77 L | 3.13 L | 3.06 L | 3.05 L | 3.00 L | MIL/CUMM | 4.2 - 6.1 |
| HGB | 9.0 L | 10.0 L | 9.9 L | 9.8 L | 9.8 L | g/dL | 12 - 18 |
| HCT | 25.9 L | 29.6 L | 28.6 L | 28.5 L | 28.6 L | % | 37 - 51 |
| MCV | 93.6 | 94.5 | 93.5 | 93.6 | 95.2 | fL | 81 - 99 |
| MCH | 32.6 H | 32.0 H | 32.4 H | 32.3 H | 32.6 H | PG | 27 - 31 |
| MCHC | 34.8 | 33.8 | 34.7 | 34.5 | 34.2 | G/dL | 33.0 - 38.0 |
| RDW | 14.0 | 14.1 | 13.9 | 14.0 | 14.0 | % | 11.5 - 14.5 |
| PLT | 109 L | 98 L | 103 L | 108 L | 112 L | THOU/CUMM | 130 - 400 |

| BLOOD | 07/07 2011 09:58 | 06/30 2011 13:53 | 06/16 2011 09:56 | 05/12 2011 10:05 | 04/14 2011 09:36 | Units | Reference Ranges |
|---|---|---|---|---|---|---|---|
| WBC | 7.7 | 5.8 | 8.9 | 8.9 | 8.0 | THOU/CUMM | 4.8 - 10.8 |
| RBC | 2.35 L | 2.12 L | 2.69 L | 2.41 L | 2.68 L | MIL/CUMM | 4.2 - 6.1 |
| HGB | 7.6 L | 6.8 L* | 8.8 L | 7.8 L | 8.8 L | g/dL | 12 - 18 |
| HCT | 22.5 L | 19.8 L | 24.8 L | 22.6 L | 24.9 L | % | 37 - 51 |
| MCV | 95.4 | 93.4 | 92.1 | 93.7 | 92.8 | fL | 81 - 99 |
| MCH | 32.3 H | 32.3 H | 32.9 H | 32.2 H | 32.8 H | PG | 27 - 31 |
| MCHC | 33.8 | 34.6 | 35.7 | 34.4 | 35.4 | G/dL | 33.0 - 38.0 |
| RDW | 13.5 | 13.6 | 13.6 | 16.8 H | 17.2 H | % | 11.5 - 14.5 |
| PLT | 114 L | 117 L | 116 L | 188 | 193 | THOU/CUMM | 130 - 400 |

| SERUM | 07/21 2011 08:25 | 07/15 2011 09:43 | 07/12 2011 07:00 | 07/11 2011 06:00 | 07/10 2011 19:00 | Units | Reference Ranges |
|---|---|---|---|---|---|---|---|
| GLUCOSE | 137 H | 167 H | 124 H | 168 H | 136 H | mg/dL | 71 - 99 |
| NA | 141 | 141 | 139 | 136 | 138 | mmol/L | 136 - 144 |
| K+ | 4.9 | 5.3 H | 5.1 | 5.9 H | 5.4 H | mmol/L | 3.6 - 5.1 |
| CL | 110 | 113 H | 111 | 109 | 111 | mmol/L | 101 - 111 |

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

```
DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946
```

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

```
CO2        22        20 L      21 L      21 L      23      mmol/L  22 - 32
BUN        79 H      87 H      71 H      68 H      59 H    mg/dL   8 - 20
CREAT      3.54 H    3.46 H    3.61 H    3.72 H    3.44 H  mg/dL   0.70 - 1.20
CA         8.8 L     8.7 L     9.1       8.9       8.6 L   mg/dL   8.9 - 10.3


SERUM      03/23     12/08               Reference
           2011      2010
           15:01     13:00     Units     Ranges
--------------------------------------------------------------------------------
FE SAT     79.3 H    17.9        %       13 - 45
TIBC       169 L     190 L     mcg/dL    262 - 474
IRON       134       34 L      mcg/dL    45 - 182
IRON                           mcg/dL    45 - 160
IRON                           UG/DL     35 - 150
TRANSFN    133 L     150 L     mg/dL     180 - 329
TRANSFN                        mg/dL     200 - 400
FERRITN    369       88        ng/mL     17.9 - 464


ERUM       07/07     06/30     05/12     04/06     04/06             Reference
           2011      2011      2011      2011      2011
           09:58     13:53     10:05     11:50     11:49   Units   Ranges
--------------------------------------------------------------------------------
TOT PRT    7.0       6.2       6.2       5.6 L     5.4 L   g/dL    6.1 - 7.9
ALB        4.0       3.8       3.7       3.2 L     3.2 L   g/dL    3.5 - 5.2
GLOB                                                       g/dL    2.3 - 3.5
CALCOSM                                                    mOsm/kg 289 - 305
A/G                                                        RATIO   1.5 - 2.5
TBILI      0.6       0.2 L     0.5       0.6       0.6     mg/dL   .4 - 2
DBILI      0.1                                             mg/dL   .1 - .5
ALK PHO    62        69        69        42        41      IU/L    38 - 126
AST        18        19        19        23        25      IU/L    15 - 41
ALT        18        18        13 L      15 L      17      IU/L    17 - 63


SERUM      12/19               Reference
           2010
           06:00     Units     Ranges
--------------------------------------------------------------------------------
CEA        1.2       ng/mL     0 - 3


Interval Radiology: No new.
7/11/11 AAA US:

    Report:
        Ultrasound of the abdominal aorta was performed utilizing
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

```
DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946
```

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

real-time technique.

Proximal abdominal measures 1.6 x 1.3 cm. Midabdominal aorta
measures 1.2 x 1 cm. Distal abdominal aorta measures 1.4 x 1 cm.
Right common iliac measures 0.7 x 0.5 cm. Left common iliac
measures 0.9 x 0.8 cm.  There is plaque in the wall of the
abdominal aorta.

Impression:
    1. No evidence of an abdominal aortic aneurysm.

7/11/11 Renal US:

Impression:
    1. Findings consistent with bilateral medical renal disease.  2.
    There is no hydronephrosis involving either kidney.
5/12/11 Abdominal US:
    The liver measures 13.3 cm length which is not enlarged. There is
    increased hepatic echogenicity in keeping with nonspecific
    hepatocellular disease.  No gross space occupying intrahepatic
    lesions are identified.

    The spleen measures 10 cm in length which is not enlarged.

    Limited Doppler images show normal directional blood flow in the
    portal vein. Portal vein measures 0.6 cm in diameter which is
    within normal limits.

     The pancreas is incompletely visualized.

    The right kidney measures 10.5 cm in length. There is no right
    hydronephrosis. The left kidney measures 10.4 cm in length.
    There is no left hydronephrosis. There are bilateral renal
    calcifications.

    The gallbladder appears unremarkable. No gallstones or
    pericholecystic fluid is identified..  The extrahepatic bile duct
    measures 0.2 cm in diameter, which is within normal limits. There
    is no intrahepatic biliary ductal dilatation.

    Impression:
    Bilateral renal calcifications. No hydronephrosis.


5/11/11 PET-CT (compared to 2/2011):
Impression:
    1. A new focal uptake in the left liver is suspicious for

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| DELGADO,RAUL JESUS<br>6617 CHARLES STREET<br>APARTMENT #27<br>PHILADELPHIA, PENNSYLVANIA  19135<br>DOB:04/23/1946 | Printed at PHILADELPHIA, PA VAMC |

# Progress Notes

metastasis.  Close follow up is recommended.
2. Interval further decreased FDG uptake in the left side wall of
the rectosigmoid region, indicating significant metabolic
response to recent therapy.
3. Multiple inguinal nodes with mild FDG uptake, essentially not
changed from prior study.

5/11/11 CT C/A/P no IVC (due to Cr):
No clear evidence of metastatic spread of rectal cancer to the
patient's chest.

The base of the lungs are clear. The heart is normal in size in
this patient who is status post CABG.  The heart muscle is well
visualized in this noncontrast CT scan consistent with the
patient's known anemia.

The unenhanced liver, spleen, and adrenal glands are normal in
appearance. The pancreas appears atretic.

There are bilateral small punctate renal calcifications most
consistent with nonobstructive renal calculi.

The distal rectum appears again to be slightly thickened although
almost impossible to evaluate on this noncontrast CT scan, with
its questionable thickening possibly a result of radiation.

There is no evidence of abdominal, pelvic, retroperitoneal
lymphadenopathy.  There is no evidence of bowel obstruction or
adynamic ileus.

The prostate gland is mildly enlarged.

There are bilateral fat containing inguinal hernias.

Degenerative changes are visualized in the spine.

PHYSICAL EXAM:
VS reviewed. Normotensive. Weight stable.
Latino Male, NAD
Anicteric, OP Clear. Poor dentition.
Port site C/D/I over right chest wall
No cervical/supraclav/axillary LAD
Normal BS bilaterally
nl s1 s2 no mrg
abd soft, no hsm, no ttp
Cracked skin, hyperpigmentation bilateral lower ext- dressed bilaterally.

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

IMPRESSION/PLAN: 64 yo WM h/o CAD, CKD with a high rectal adenocarcinoma incompletely staged but without evidence of distant mets, s/p partial removal of primary via EMR. Despite the absence of adenopathy or known T3/T4 lesion as clear indication for neoadjuvant therapy, proceeded with concurrent chemorads as we won't be able to determine nodal extent/T stage at this juncture. Initially was concerned about possible concomitant cecal lesion, but PET-CT showed resolution of previously noted uptake at this site and though we have not been able to get ahold of Hahnehmann c-scope for additional corroboration, I'm more comfortable that this was a false positive, particularly in light of attempt at direct visualization here already. Course during therapy c/b n/v/AKD, anemia, and port site hypersensitivity. Has completed neoadjuvant chemorads.

Restaging studies show reduction in primary mass; PET-CT raised concern for possible uptake in liver but his noncon CT C/A/P and US of the abdomen did not visualize any liver lesions, LFTs are normal, no abdominal pain.

1. Rectal adenocarcinoma:
-Completed neoadjuvant chemorads as of 4/7/11.
-Completed EUS and Flex sig 6/2011
-Although PET-CT showed mild liver uptake,his dedicated CT and the US showed no lesions in the liver to correspond to are of uptake; t/c intraoperative US
-Has upcoming surgical oncology evaluation on 8/15/11 with Dr. Mahmoud to schedule his procedure. June 21 he will learn when that appt is, but OR date still not scheduled. Hopefully will be expedited given length of time now from completion of neoadjuvant therapy 4 MONTHS AGO and radiologic concern over liver.
-Will anticipate treating with adjuvant chemotherapy postop
-The length of time that elapsed since submission of 7078 form and granting of appointment at HUP is unacceptable.  Will direct complaint towards administration. Standard of care is that resection take place 5-10 weeks after completion of definitive chemoradiotherapy. Forms were submitted in due time by surgical oncology here but it appears the delay occured during point in process where a "number" needed to be granted to confirm payment from the VA system to HUP. Thankfully the inpatient team identified the delay was due to this and pushed for a date.
-Will contact Dr. Mahmoud to clarify staging issues and hopefully to expedite OR date.
-RTC mid August to confirm he has had OR date settled and in case he needs repeat restaging


2. Anemia: Occult blood losses, CKD, + chemorads. Ultimately was planning for iron infusions/Venofer given CKD and blood loss, but in the interim he got an iron load with his transfusions. Iron replete as of now; no ESA despite CKD given active malignancy on curative chemotherapy. Has needed intermittent blood transfusions; poor reserve given CKD and chemorads. Transfused again last week; no obvious signs of loss.
-Monitor

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

3. AKI on CKD: Poor po, GI losses, HTN, exacerbated by anemia. Suboptimal
bp control on Amlodipine and Ace-I and betablocker.
-Repeat Ocomp in 2 weeks
-Continue renal follow-up; no biopsy for now.
-Hold Lasix
-Hold ACE-I. Renal had suggested temporarily stopping his ACE-I near time of
surgery to reduce risk of prerenal insult prior to OR; instructed patient today
to change his meds as follows to try to control BP but to reduce potential renal
insult
-Cont Amlodipine 10mg po qd
-Atenolol 25mg po bid


4. Nausea, weight loss: Stabilized

5. CAD:
-Monitor closely for vasospasm symptoms with 5-FU
-Off Plavix
-Off ASA,
-Cont ACE-I, statin

6. Port site pain: Looks fine, not sure why he is having so much discomfort
there. He says today pain is "all over." Urged him to cut back and will limit
amount of Percocet we distribute; he stops taking it once he has run out.
-Max 1 tab q8prn; dispensed 60 tabs.
-Suspect he will need meds in context of OR.
-When we resume adjuvant therapy, will use EMLA cream.

7. Phone contact:
-touched base with social work; he is to go there and sign an income form today.
-Hopefully will get cell soon


/es/ KEERTHI GOGINENI
Intern
Signed: 07/21/2011 17:02

---

LOCAL TITLE: NURSING NOTE
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: JUL 19, 2011@11:22     ENTRY DATE: JUL 19, 2011@11:22:29
     AUTHOR: FREE,WILLIAM M     EXP COSIGNER:
     URGENCY:                    STATUS: COMPLETED


ORDER WRITTEN 04/28/11
ORDER EXPIRES AFTER SEPTEMBER 2011 INJECTION.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

EXHIBIT K

# Progress Notes

Vital signs @ 15 minutes (15:15): T 98.2 HR 56 RR 16  B/P 138/51
@ COMPLETION (16:00):  T 98.1   HR 57  RR 18  B/P 162/74


Patient tolerance/reactions: PATIENT TOLERATED TRANSFUSION WITHOUT
COMPLICATIONS. PATIENT'S PORT WAS FLUSHE(10ML NSS AND 500UNITS HEPARIN FLUSH)

Orientation:AAOX3

Time discontinued: 16:00

Post transfusion instructions:GO TO THE ER IF DEVELOP FEVER, CHILLS, SOB
Discharged via:
        Ambularoty: X     Ambulance:     Wheelchair:

Physician's written order:  YES

/es/ JESSICA L FRISCIA
RN, OCN
Signed: 08/25/2011 15:59

---

 LOCAL TITLE: HEM/ONC ATTENDING PROGRESS NOTE
STANDARD TITLE: HEMATOLOGY AND ONCOLOGY ATTENDING NOTE
DATE OF NOTE: AUG 25, 2011@10:52   ENTRY DATE: AUG 25, 2011@10:52:13
    AUTHOR: GOGINENI,KEERTHI    EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

OUTPATIENT HEMATOLOGY-ONCOLOGY VISIT:8/25/11

LAST SEEN:7/21/11

DIAGNOSIS: Rectal adenocarcinoma

STAGE:TXNXM0
    No EUS performed due to ?distortion after EMR which unexpectedly
    demonstrated adenocarcinoma.

PRIOR TREATMENTS:
Status post neoadjuvant chemorads
Cycle 1 (2/14-2/18/11):5-FU 1000MG/M2=1660MG PER DAY FOR 5 DAYS
Cycle 2 (3/21-3/25/11): 5-FU 1000MG/M2=1660MG PER DAY FOR 5 DAYS (technically
one week delay, i.e. day 34 instead of day 29 because of missed RT days)
Completed RT 4/7/11: 5040cGy

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

6/9/11 had EUS and flex sig procedure with Dr. Lieb:
EUS Impression:
1.Some thicking for about 10-15 cm in the rectal wall, starting about 3cm from anal verge involving layer 2. This is almost certainly post radiation changes. Muscularis propria and deeper rectal layers intact and unaffected as above.
2.No visible local/regional adenopathy.

Flex sig
Impression:
Scar seen in rectum as above with likely small amount of residual adenomatous appearing tissue.
Recommendations:
Follow up with medical oncology and surgery service.

CURRENT TREATMENT: Awaiting surgery!

ECOG STATUS:0

HPI/INTERVAL HISTORY: Mr. Delgado is a 64 yo gentleman with history of coronary disease s/p 4V CABG in 3/2010 who was subsequently managed on ASA & Plavix who has a rectal adenocarcinoma. He had a colonoscopy in 2007 demonstrating rectal adenoma, and was lost to follow-up thereafter until he presented with syncope resulting in the cardiac evaluation/CABG in 3/2010. At that time, he reports having had a c-scope at Hahnemann. I have not seen this report. Coordination of his procedures and prep has been complicated by nonexistant social support, no phone, blood thinners, poor preps, etc. Ultimately re-evaluated at the VA in 12/9/2010, and c-scope then apparently showed a lesion 7cm from the anal verge that looked like a polypoid adenoma. Mass was not biopsied at that time as he was on ASA and Plavix, and plan was for follow-up EMR/EUS and biopsy as well as repeat evaluation of remaining colon given poor prep. He had a repeat C-scope on 12/20- he had ~80% of the lesion removed via EMR; EUS was not performed. Unexpectedly, biopsy of the mass showed a focus of adenocarcinoma arising from a TV adenoma. He had a PET-CT on 12/21 (one day after his procedure) showing SUV max 16.9 at the proximal rectum/distal sigmoid colon and soft tissue density measuring 41 x 29 mm in the cecum / proximal ascending colon with diffuse tracer uptake (max SUV of 5.0). Dr. Lieb in retrospect mentioned possible abrasion at the cecum due to instrumentation corresponding to this uptake. Tumor board discussion (at which I was not present) culminated in decision to proceed with neoadjuvant therapy due to bulk of the lesion as visualized on c-scope as EUS at this time post EMR was felt to offer limited utility re depth of invasion of residual lesion and despite unknown extent/presence of nodal involvement.

Today:
He saw Dr. Mahmoud on 8/15.
Unfortunately, no medical records were provided to Dr. Mahmoud's office prior to this visit. He was told that records were necessary prior to further planning.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

No follow-up appointment was set.
He was very upset; tearful after this. Felt like he wanted to drink/get high;
frustrated after waiting so long for this evaluation.

He did manage to get a cell phone from CSW.(215)432-2419

He is to see Sandra Hayes and surgical oncology today.

Feels tired, dizzy. Hg low again. He admits to seeing dark stool. No frank
blood. Has seen this over last 10 days.

He feels diffuse pain. Says he ran out of Oxycodone because I provided less at
last visit with instructions to titrate down; no clear source for pain.


PMH:
CKD (baseline pretreatment was Cr 2.55)
DM
CAD (preserved EF)

ALL:NKDA

RX:
1)  ACCU-CHEK COMFORT CV(GLUCOSE) TEST STRIP USE 1 STRIP    ACTIVE
        FOR TESTING    TWICE A WEEK
2)  AMLODIPINE BESYLATE 10MG TAB TAKE ONE TABLET BY MOUTH   ACTIVE
        ONCE DAILY (NOTE THE DOSAGE/STRENGTH)HIGHER DOSE
3)  ATENOLOL 25MG TABLET TAKE ONE TABLET BY MOUTH TWICE A   ACTIVE
        DAY
4)  DERMA CERIN TOP CREAM APPLY SMALL AMOUNT TO AFFECTED    ACTIVE
        AREA DAILY
5)  ERGOCALCIFEROL (VIT D2) 50,000UNIT CAP TAKE ONE         ACTIVE
        CAPSULE BY MOUTH WEEKLY FOR VITAMIN D REPLACEMENT
6)  OXYCODONE HCL/ACETAMINOPHEN 5/325 TAB TAKE 1 TABLET     ACTIVE
        BY MOUTH EVERY 8 HOURS AS NEEDED
7)  ROSUVASTATIN CA 40MG TAB TAKE ONE-HALF TABLET BY        ACTIVE
        MOUTH ONCE DAILY FOR CHOLESTEROL IN PLACE OF
        SIMVASTATIN.
8)  TRIAMCINOLONE ACETONIDE 0.1% CREAM APPLY SMALL AMOUNT   ACTIVE
        TO AFFECTED AREA TWICE A DAY
9)  UREA 20% CREAM APPLY MODERATE AMOUNT TO AFFECTED AREA   ACTIVE
        TWICE A DAY ONLY TO RIGHT LEG WHERE THERE IS SCALE


FH/SH:
SH notable for poor support, no phone

INTERVAL LABS/PATHOLOGY STUDIES:

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

| BLOOD | 08/25 2011 08:18 | 07/15 2011 09:43 | 07/11 2011 06:00 | 07/10 2011 06:00 | 07/09 2011 06:00 | Units | Reference Ranges |
|-------|------|------|------|------|------|-------|-------|
| WBC   | 7.1    | 7.7    | 8.0    | 7.2    | 6.5    | THOU/CUMM | 4.8 - 10.8 |
| RBC   | 2.16 L | 2.77 L | 3.13 L | 3.06 L | 3.05 L | MIL/CUMM  | 4.2 - 6.1 |
| HGB   | 7.0 L  | 9.0 L  | 10.0 L | 9.9 L  | 9.8 L  | g/dL  | 12 - 18 |
| HCT   | 19.7 L | 25.9 L | 29.6 L | 28.6 L | 28.5 L | %     | 37 - 51 |
| MCV   | 91.0   | 93.6   | 94.5   | 93.5   | 93.6   | fL    | 81 - 99 |
| MCH   | 32.1 H | 32.6 H | 32.0 H | 32.4 H | 32.3 H | PG    | 27 - 31 |
| MCHC  | 35.3   | 34.8   | 33.8   | 34.7   | 34.5   | G/dL  | 33.0 - 38.0 |
| RDW   | 13.9   | 14.0   | 14.1   | 13.9   | 14.0   | %     | 11.5 - 14.5 |
| PLT   | 129 L  | 109 L  | 98 L   | 103 L  | 108 L  | THOU/CUMM | 130 - 400 |

| SERUM | 08/25 2011 08:18 | 07/21 2011 08:25 | 07/15 2011 09:43 | 07/12 2011 07:00 | 07/11 2011 06:00 | Units | Reference Ranges |
|-------|------|------|------|------|------|-------|-------|
| GLUCOSE | 179 H  | 137 H  | 167 H  | 124 H  | 168 H  | mg/dL  | 71 - 99 |
| NA      | 139    | 141    | 141    | 139    | 136    | mmol/L | 136 - 144 |
| K+      | 4.4    | 4.9    | 5.3 H  | 5.1    | 5.9 H  | mmol/L | 3.6 - 5.1 |
| CL      | 110    | 110    | 113 H  | 111    | 109    | mmol/L | 101 - 111 |
| CO2     | 21 L   | 22     | 20 L   | 21 L   | 21 L   | mmol/L | 22 - 32 |
| BUN     | 68 H   | 79 H   | 87 H   | 71 H   | 68 H   | mg/dL  | 8 - 20 |
| CREAT   | 3.00 H | 3.54 H | 3.46 H | 3.61 H | 3.72 H | mg/dL  | 0.70 - 1.20 |
| CA      | 8.7 L  | 8.8 L  | 8.7 L  | 9.1    | 8.9    | mg/dL  | 8.9 - 10.3 |

| SERUM | 03/23 2011 15:01 | 12/08 2010 13:00 | Units | Reference Ranges |
|-------|------|------|-------|-------|
| FE SAT  | 79.3 H | 17.9   | %      | 13 - 45 |
| TIBC    | 169 L  | 190 L  | mcg/dL | 262 - 474 |
| IRON    | 134    | 34 L   | mcg/dL | 45 - 182 |
| IRON    |        |        | mcg/dL | 45 - 160 |
| IRON    |        |        | UG/DL  | 35 - 150 |
| TRANSFN | 133 L  | 150 L  | mg/dL  | 180 - 329 |
| TRANSFN |        |        | mg/dL  | 200 - 400 |
| FERRITN | 369    | 88     | ng/mL  | 17.9 - 464 |

| SERUM | 08/25 2011 08:18 | 07/07 2011 09:58 | 06/30 2011 13:53 | 05/12 2011 10:05 | 04/06 2011 11:50 | Units | Reference Ranges |
|-------|------|------|------|------|------|-------|-------|
| TOT PRT | 7.1 | 7.0 | 6.2 | 6.2 | 5.6 L | g/dL | 6.1 - 7.9 |
| ALB     | 4.1 | 4.0 | 3.8 | 3.7 | 3.2 L | g/dL | 3.5 - 5.2 |
| GLOB    |     |     |     |     |       | g/dL | 2.3 - 3.5 |

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

```
CALCOSM                                          mOsm/kg    289 - 305
A/G                                              RATIO      1.5 - 2.5
TBILI     0.6      0.6      0.2 L    0.5      0.6    mg/dL    .4 - 2
DBILI              0.1                               mg/dL    .1 - .5
ALK PHO   83       62       69       69       42    IU/L     38 - 126
AST       16       18       19       19       23    IU/L     15 - 41
ALT       13 L     18       18       13 L     15 L  IU/L     17 - 63



SERUM     12/19              Reference
          2010
          06:00   Units     Ranges
--------------------------------------------------------------------
CEA       1.2      ng/mL     0 - 3
```

Interval Radiology: No new.
7/11/11 AAA US:

    Report:
    Ultrasound of the abdominal aorta was performed utilizing
    real-time technique.

    Proximal abdominal measures 1.6 x 1.3 cm. Midabdominal aorta
    measures 1.2 x 1 cm. Distal abdominal aorta measures 1.4 x 1 cm.
    Right common iliac measures 0.7 x 0.5 cm. Left common iliac
    measures 0.9 x 0.8 cm.  There is plaque in the wall of the
    abdominal aorta.

    Impression:
        1. No evidence of an abdominal aortic aneurysm.

7/11/11 Renal US:


    Impression:
        1. Findings consistent with bilateral medical renal disease.  2.
    There is no hydronephrosis involving either kidney.
5/12/11 Abdominal US:
    The liver measures 13.3 cm length which is not enlarged. There is
    increased hepatic echogenicity in keeping with nonspecific
    hepatocellular disease.   No gross space occupying intrahepatic
    lesions are identified.

    The spleen measures 10 cm in length which is not enlarged.

    Limited Doppler images show normal directional blood flow in the

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

portal vein. Portal vein measures 0.6 cm in diameter which is within normal limits.

The pancreas is incompletely visualized.

The right kidney measures 10.5 cm in length. There is no right hydronephrosis. The left kidney measures 10.4 cm in length. There is no left hydronephrosis. There are bilateral renal calcifications.

The gallbladder appears unremarkable. No gallstones or pericholecystic fluid is identified.. The extrahepatic bile duct measures 0.2 cm in diameter, which is within normal limits. There is no intrahepatic biliary ductal dilatation.

Impression:
Bilateral renal calcifications. No hydronephrosis.

5/11/11 PET-CT (compared to 2/2011):
Impression:
1. A new focal uptake in the left liver is suspicious for metastasis.  Close follow up is recommended.
2. Interval further decreased FDG uptake in the left side wall of the rectosigmoid region, indicating significant metabolic response to recent therapy.
3. Multiple inguinal nodes with mild FDG uptake, essentially not changed from prior study.

5/11/11 CT C/A/P no IVC (due to Cr):
No clear evidence of metastatic spread of rectal cancer to the patient's chest.

The base of the lungs are clear. The heart is normal in size in this patient who is status post CABG.  The heart muscle is well visualized in this noncontrast CT scan consistent with the patient's known anemia.

The unenhanced liver, spleen, and adrenal glands are normal in appearance. The pancreas appears atretic.

There are bilateral small punctate renal calcifications most consistent with nonobstructive renal calculi.

The distal rectum appears again to be slightly thickened although almost impossible to evaluate on this noncontrast CT scan, with its questionable thickening possibly a result of radiation.

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

There is no evidence of abdominal, pelvic, retroperitoneal
lymphadenopathy.  There is no evidence of bowel obstruction or
adynamic ileus.

The prostate gland is mildly enlarged.

There are bilateral fat containing inguinal hernias.

Degenerative changes are visualized in the spine.

PHYSICAL EXAM:
VS reviewed. Weight stable.
Latino Male, NAD
Anicteric, OP Clear. Poor dentition.
Port site C/D/I over right chest wall
No cervical/supraclav/axillary LAD
Normal BS bilaterally
nl s1 s2 no mrg
abd soft, no hsm, no ttp
Cracked skin, hyperpigmentation bilateral lower ext- dressed bilaterally.


IMPRESSION/PLAN: 64 yo WM h/o CAD, CKD with a high rectal adenocarcinoma
incompletely staged but without evidence of distant mets, s/p partial removal of
primary via EMR. Despite the absence of adenopathy or known T3/T4 lesion as
clear indication for neoadjuvant therapy, proceeded with concurrent chemorads as
couldn't determine nodal extent/T stage at this juncture. Initially
was concerned about possible concomitant cecal lesion, but PET-CT showed
resolution of previously noted uptake at this site and though we have not been
able to get ahold of Hahnehmann c-scope for additional corroboration, I'm more
comfortable that this was a false positive, particularly in light of attempt at
direct visualization here already. Course during therapy c/b n/v/AKD, anemia,
and port site hypersensitivity. Has completed neoadjuvant chemorads.

Restaging studies show reduction in primary mass; PET-CT raised concern for
possible uptake in liver but his noncon CT C/A/P and US of the abdomen did not
visualize any liver lesions, LFTs are normal, no abdominal pain.

1. Rectal adenocarcinoma:
-Completed neoadjuvant chemorads as of 4/7/11.
-Completed EUS and Flex sig 6/2011
-Although PET-CT showed mild liver uptake,his dedicated CT and the US showed no
lesions in the liver to correspond to are of uptake; t/c intraoperative US
-Will anticipate treating with adjuvant chemotherapy postop
-Unfortunately, no records were provided to HUP to help inform his surgical
planning and as far as I can tell, still no OR date 5 months out
from completion of neoadjuvant chemorads. Standard of care is that resection
take place 5-10 weeks after completion of definitive chemoradiotherapy. Forms

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

were submitted in due time by surgical oncology here but it appears the delay
occured during point in process where a "number" needed to be granted to confirm
payment from the VA system to HUP.
-To see surg onc at the VA after this appt; will talk to the team about
coordination of his follow-up at HUP. Unfortunately, although we asked him to
stop by the surgical oncology clinic for evaluation once he had a T&S drawn, he
ended up coming back upstairs after without having been evaluated and has not
been seen today. Spoke with Sandra Hayes; plan is to restage him (they will be
ordering the scans), have him formally seen by Dr. Paulsen here, and anticipate
OR in September.

2. Anemia: Appears to have sympotmatic ongoing bleeding; also has low reserve
given CKD; cytopenic from chemorads. No ESA despite CKD given active malignancy
on curative chemotherapy. Has needed
intermittent blood transfusions; poor reserve given CKD and chemorads.
-Will need transfusion, he is symptomatic.

3. AKI on CKD: Poor po, GI losses, HTN, exacerbated by anemia. Suboptimal
bp control on Amlodipine and Ace-I and betablocker.
-Follow Ocomp
-Continue renal follow-up; no biopsy for now.
-Continue to hold Lasix and ACE-I. Renal had suggested temporarily stopping his
ACE-I near time of surgery to reduce risk of prerenal insult prior to OR
-Amlodipine 10mg po qd
-Atenolol 25mg po bid

4. Nausea, weight loss: Stabilized

5. CAD:
-Monitor closely for vasospasm symptoms with 5-FU
-Off Plavix
-Off ASA, ACE-I
-Cont statin

6. Port site pain: Looks fine, continues to c/o diffuse pain. He has been
dependent on Percocet. Asked him to cut back but continues to have pain
requirements.
-Max 1 tab q8prn. Dispensed 90 tabs today.
-Suspect he will need meds in context of OR.
-When we resume adjuvant therapy, will use EMLA cream.

7. Phone contact:
-Needs to update system re new cell number:(215)432-2419

/es/ KEERTHI GOGINENI
Intern

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA   19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

EXHIBIT L

# Surgical Information

```
Signed: 03/07/2012 16:45
for MACHELLE NELSON
RN
```

```
                        -------------------------------------------------------
                                          OPERATION REPORT
                        -------------------------------------------------------
 LOCAL TITLE: OPERATION REPORT
 STANDARD TITLE: OPERATIVE REPORT
    DICT DATE: SEP 09, 2011         ENTRY DATE: SEP 09, 2011@15:13:59
      SURGEON: PAULSON,EMILY CARTE    ATTENDING: PAULSON,EMILY CARTER
      URGENCY: priority                 STATUS: COMPLETED
      SUBJECT: Case #: 60697
```

DATE OF BIRTH:  April 23, 1946.

PREOPERATIVE DIAGNOSIS:  Rectal Cancer

POSTOPERATIVE DIAGNOSIS:  rectal Cancer

PROCEDURE:  Examination under anesthesia.

ATTENDING SURGEON:  Dr. Paulson

ASSISTANT:  Dr. Dancer

ESTIMATED BLOOD LOSS:  0 mL.

COMPLICATIONS:  None.

TUBES:  None.

SPECIMENS:  None.

FLUIDS:  150 mL using a peripheral IV.

DISPOSITION:  The patient returned to the ward.

FINDINGS:  Inability to visualize the rectal tumor.

INDICATIONS FOR PROCEDURE:  The patient is a 65-year-old
gentleman with a history of chronic kidney disease, hypertension,
diabetes, nephrocalcinosis, history of coronary artery disease status post
CABG x4, with rectal cancer status post neoadjuvant chemotherapy.  He was seen
previously in our clinic and set up for an examination under anesthesia with
transanal excision of residual polypooid tissue seen on flex sig following

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Surgical Information

completion of his chemotherapy.

DESCRIPTION OF PROCEDURE:  The patient was taken to the
operating room on September 9, 2011.  While in the operating room, a
timeout was performed with the appropriate members of the operating room staff.
The patient, procedure, and the site were identified.
Anesthesia placed spinal anesthesia, and the patient was positioned in a
prone jackknife position.  The patient'e buttocks were taped apart and were
prepped and draped in a sterile fashion.  The examination under anesthesia was
performed using digital examination and anoscopic examination  However, no tumor
could be appreciated.  At that time, the procedure was terminated, and the
decision was made to have the patient
potentially evaluated by GI for a flexible sigmoidoscope early next week.  At
the end of the procedure, all sponge and instrument counts were correct.  The
patient was brought back to the PACU.  He tolerated the procedure well.

50534847/2110272(09/09/2011)39680751
$END

/es/ EMILY CARTER PAULSON
ATTENDING GI SURGEON
Signed: 09/12/2011 08:19
-----------------------------------------------------------------------------
                      NURSE INTRAOPERATIVE REPORT
-----------------------------------------------------------------------------
  LOCAL TITLE: NURSE INTRAOPERATIVE REPORT
  STANDARD TITLE: NURSING OPERATIVE NOTE
  DATE OF NOTE: SEP 09, 2011@14:22     ENTRY DATE: SEP 09, 2011@15:13:59
     AUTHOR: ENRIQUEZ,MEDY B       EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED
     SUBJECT: Case #: 60697

Operating Room: OR4                 Surgical Priority: ELECTIVE

Patient in Hold: NOT ENTERED        Patient in OR: SEP 09, 2011  14:22
Operation Begin: SEP 09, 2011  14:42    Operation End: SEP 09, 2011  14:51
                                    Patient Out OR: SEP 09, 2011  15:00

Minor Operations Performed:
Primary: EUA

Wound Classification: DIRTY/INFECTED
Operation Disposition: PACU (RECOVERY ROOM)
Discharged Via: STRETCHER

Surgeon: PAULSON,EMILY CARTER        First Assist: DANZER,ENRICO
Attend Surg: PAULSON,EMILY CARTER    Second Assist: N/A
Anesthetist: PAUL,PUSHPA             Assistant Anesth: N/A

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Surgical Information

```
Other Scrubbed Assistants: N/A

OR Support Personnel:
  Scrubbed                         Circulating
  N/A                              ENRIQUEZ,MEDY B  (FULLY TRAINED)

Other Persons in OR:
  RAYNA BOSTICK (ORT, AGENCY)

Preop Mood:       ANXIOUS          Preop Consc:    ALERT-ORIENTED
Preop Skin Integ: INTACT           Preop Converse: N/A
Confirm Correct Patient Identity: YES
Confirm Procedure to be Performed: YES
Confirm Site of the Procedure, including laterality: YES
Confirm Valid Consent Form: YES
Confirm Patient Position: YES
Confirm Procedure Site has been Marked Appropriately and that the Site of the
 Mark is Visible After Prep and Draping: YES
Pertinent Medical Images have been Confirmed: YES
Correct Medical Implant(s) is available: NO
Availability of Special Equipment: YES
Appropriate Antibiotic Prophylaxis: YES
Appropriate Deep Vein Thrombosis Prophylaxis: NO
Blood Availability: NO
Checklist Comment:
   1426 TIME OUT DONE

Checklist Confirmed By: ENRIQUEZ,MEDY B

Skin Prep By: PAULSON,EMILY CARTER   Skin Prep Agent: POVIDONE IODINE PAINT
Skin Prep By (2): N/A                2nd Skin Prep Agent: N/A

Preop Surgical Site Hair Removal by: N/A
Surgical Site Hair Removal Method: NO HAIR REMOVED
  Hair Removal Comments: NO COMMENTS ENTERED

Surgery Position(s):
  SUPINE                           Placed: N/A
  PRONE                            Placed: N/A

Restraints and Position Aids:
  SAFETY STRAP                     Applied By: ENRIQUEZ,MEDY B
  FOAM PADS                        Applied By: ENRIQUEZ,MEDY B
  PILLOW                           Applied By: ENRIQUEZ,MEDY B

Electrocautery Unit:       N/A
ESU Coagulation Range:     N/A
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Surgical Information

```
ESU Cutting Range:          N/A
Electroground Position(s): LEFT ANT THIGH

Material Sent to Laboratory for Analysis:
Specimens: N/A
Cultures:  N/A

Anesthesia Technique(s):
  SPINAL  (PRINCIPAL)
  MONITORED ANESTHESIA CARE

Tubes and Drains:
  N

Tourniquet: N/A

Thermal Unit: N/A

Prosthesis Installed: N/A

Medications:
  SURGILUBE

Irrigation Solution(s):
  NORMAL SALINE

Blood Replacement Fluids: N/A

Sponge Count Correct:     YES
Sharps Count Correct:     YES
Instrument Count Correct: NOT APPLICABLE
Counter:                  ENRIQUEZ,MEDY B
Counts Verified By:       ENRIQUEZ,MEDY B

Dressing: N
Packing:  NONE

Blood Loss: 0 ml                Urine Output: 0 ml

Postoperative Mood:          RELAXED
Postoperative Consciousness: ALERT-ORIENTED
Postoperative Skin Integrity: INTACT
Postoperative Skin Color:    N/A

Laser Unit(s): N/A

Sequential Compression Device: NO
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Surgical Information

Cell Saver(s): N/A

Devices: N/A

Nursing Care Comments:
   RAYNA BOSTICK, ST IS THE PERSON RESPONSIBLE FOR THE FINAL COUNT

/es/ MEDY B ENRIQUEZ,RN
STAFF NURSE OR   X6677
Signed: 09/09/2011 15:16

---

```
-------------------------------------------------------------------
                          OPERATION REPORT
-------------------------------------------------------------------
```
 LOCAL TITLE: OPERATION REPORT
STANDARD TITLE: OPERATIVE REPORT
    DICT DATE: SEP 11, 2007        ENTRY DATE: SEP 11, 2007@09:33:27
     SURGEON: SULEWSKI,MICHAEL E     ATTENDING: SULEWSKI,MICHAEL E
     URGENCY: routine                  STATUS: COMPLETED
     SUBJECT: Case #: 45076


PREOPERATIVE DIAGNOSIS:  Cataract in the left eye.

POSTOPERATIVE DIAGNOSIS: Cataract in the left eye.

PROCEDURE:  Phacoemulsification and intraocular lens placement,
left eye.

RESIDENT SURGEON:  Dr. Tamiesha Frempong.

ANESTHESIA:  Monitored anesthesia care with retrobulbar block
consisting of 2 cc of 2% lidocaine and 2 cc of 0.75% Marcaine.

COMPLICATIONS:  None.

PROCEDURE:  The patient was identified in the Preoperative
Holding Area as R. Jesus Delgado and the left eye was agreed on
and marked
as the operative eye.

The patient was brought into the Operating Room and placed on the
operative table in a supine position.  Monitored anesthesia care
was then initiated and a retrobulbar block was delivered.  A time-
out was done in the Operating Room to confirm the patient's left
eye, and the patient was prepped and draped in the usual sterile
ophthalmic fashion.

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

EXHIBIT M

# Progress Notes

edema. lung sounds CTA on room air. Skin intact. Will continue to monitor.

17:30 Post surgical void 150ml clear yellow urine.

21:00-24:00  Patient's blood sugar 330, 6units Aspart SQ administered as per sliding scale. No other changes noted.

/es/ TAMIKA SMITH
RN
Signed: 09/09/2011 21:44

09/09/2011 ADDENDUM                    STATUS: COMPLETED
17:18 Patient's blood sugar 122, no sliding scale coverage required

/es/ TAMIKA SMITH
RN
Signed: 09/09/2011 21:46

---

 LOCAL TITLE: SURGERY RESIDENT PROGRESS NOTE
STANDARD TITLE: SURGERY RESIDENT NOTE
DATE OF NOTE: SEP 09, 2011@15:23    ENTRY DATE: SEP 09, 2011@15:23:29
      AUTHOR: DANZER,ENRICO       EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED


Date/Time: Sep 9,2011@15:19

Pre-Operative Diagnosis: Rectal tumor

Post-Operative Diagnosis: same

Procedure: EUA

Surgeon(s): Dr. Paulson

Assistants: Dr. Danzer

Anesthesia: spinal

EBL: 0 cc

Findings: inability to visualize rectal tumor

Complications and Their Management:none

Tubes/Drains: none

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

# Progress Notes

```
Specimens Sent to Pathology: none

Specimens Sent to Microbiology: none

Fluids: 150cc

IV Lines: PIV

Disposition: return to Ward


VTE risk assessment:
Moderate risk for venous thromboembolism
NO contraindications to anticoagulation prophylaxis of VTE.

/es/ ENRICO DANZER
general surgery resident
Signed: 09/09/2011 15:23
```

```
 LOCAL TITLE: ANESTHESIA INTRA-OPERATIVE RECORD
STANDARD TITLE: ANESTHESIOLOGY OPERATIVE NOTE
DATE OF NOTE: SEP 09, 2011@15:15    ENTRY DATE: SEP 09, 2011@15:15:14
     AUTHOR: PAUL,PUSHPA        EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

Patient: DELGADO, RAUL
SSN:     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

Date of Operation: 2011-09-09

Surgery Start Time: 2011-09-09 14:42:42
Surgery End Time:   2011-09-09 14:51:11

Anesthesia Care Start: 2011-09-09 14:22:54
Anesthesia Care End:   2011-09-09 15:12:00




ASA Number: 3


/es/ USER SAVLINK
SAVLINK TIU SERVICE
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

EXHIBIT N

# Progress Notes

STANDARD TITLE: GASTROENTEROLOGY PROCEDURE CONSULT
DATE OF NOTE: SEP 13, 2011@10:12     ENTRY DATE: SEP 13, 2011@10:12:37
    AUTHOR: LIEB,JOHN G       EXP COSIGNER:
    URGENCY:                      STATUS: COMPLETED


    *** GI FLEX SIG CONSULT* Has ADDENDA ***

Patient Name & SSN:  DELGADO,RAUL JESUS  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
Indication:rectal ca for surveilance and if residual adenoma, for
retreatment.
Physician performing the procedure:John Lieb II MD
Mike Bennet RN, Gillian Robinson tech
Location of procedure:  GI Endoscopic Unit
Medication:
    2mg versed/50mcg fentanyl in one dose. This made him quite sleepy.
Procedure:
    After go lytely prep and under continuous cardiopulmonary monitorring,
    the scope was inserted through the anus without difficulty. Though
    the rectal and scope insertion were somewhat painful for pt even
    though he fell back asleep immediately.
    The scope was advanced to the distal sigmoid colon at 20cm with a
    mininal air insufflation.
    The examination was completed.
    The patient tolerated the procedure well.
    The quality of the prep was fair but was lavaged in the important
    area to good.

The details of the findings were as follows:
Rectum:  As before in the same location (see last note in June for more
details), the lesion was present with adjacent scar.Residual lesion was
small, about 7mm and almost identical to last exam in June, probably residual
adenoma. There was also a nearby scar with some hyperplastic appearing tissue
around the scar. I removed the residual flat, red, adenomatous appearing
tissue with bites of jumbo forceps. Then I APCed this area with conmed at
1L/min and 30W to good effect. No more residual seemed to be present.This
material was placed in jar #1, "residual rectal polyp" Then I biopsied the
scar site and surrounding mucosa with the hyperplastic looking areas into jar
#2 with the jumbo forceps ("rectal scar"). This area too was gently APCed
with similar settings. Then I injected a Submucosal tattoo with SPOT, about
1.5cc just distal to the lesion to facillitate location during proctoscopy,
should that be necessary.

There were some radiation effects, especially right near the dentate with
some small telengectasias, really not enough and too close to dentate to
warrant APC.

Sigmoid colon:  Normal mucosa in the distal most areas which were the only
parts  of sigmoid seen. Except melanosis coli was present.

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| DELGADO,RAUL JESUS<br>6617 CHARLES STREET<br>APARTMENT #27<br>PHILADELPHIA, PENNSYLVANIA  19135<br>DOB:04/23/1946 | Printed at PHILADELPHIA, PA VAMC |

# Progress Notes

Descending colon:  did not enter.

Impression:
1.Some residual tissue present, likely just adenoma, likely unchanged from June. Removed with cold forceps and fulgurated with APC.
2.Adjacent scar site seen. Biopsied and also fulgurated.  Tattooed just distal to this area

Recommendations:
1.Await pathology results.
2.Follow up with surgery service regarding hepatic lesion, possible met.
3.Agree with CEA/AFP as ordered.
4.Further recommendations per general GI consult service.
5.If pt does well with a good remission, in 2 years or so, probably warrants a repeat colonoscopy.
6.Low threshold to use empirical enteric coverage antibiotics for post polypectomy syndrome (ie house staff should be called for temp>100F and if no other source, empirical enteric antibiotics should be given for 5 days or so.

/es/ John G Lieb II M.D.
GASTROENTEROLOGY ATTENDING
Signed: 09/13/2011 10:28

Receipt Acknowledged By:
09/13/2011 11:31          /es/ MARTIN TOBI MD

09/13/2011 14:24          /es/ VESSELIN T TOMOV MD PHD
                               FELLOW
09/23/2011 14:26          /es/ Carrie P. Ogorek
                               MD
09/14/2011 08:24          /es/ EMILY CARTER PAULSON
                               ATTENDING GI SURGEON
09/15/2011 08:25          /es/ KEERTHI GOGINENI
                               Intern
09/14/2011 15:06          /es/ Diana C. Stripp, MD
                               Attending, Radiation Oncology


09/15/2011 ADDENDUM                    STATUS: COMPLETED
Pathology returned:

FINAL DIAGNOSIS
        I) RESIDUAL POLYP (RECTAL):
        TUBULAR ADENOMA, FRAGMENTS AND NORMAL COLONIC MUCOSA, FRAGMENTS.

        II) RECTAL SCAR:
        FRAGMENTS OF NORMAL COLONIC MUCOSA WITH A FEW LYMPHOID

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

**VISTA Electronic Medical Documentation**

Printed at PHILADELPHIA, PA VAMC

EXHIBIT O

# Progress Notes

claim is denied, Mr. Delgado will have a chance to appeal.  If the appeal is
denied, then Mr. Delgado can appeal again, but this time the appeal would be
heard in federal court.  If the case goes to federal court, Mr. Delgado will
need to hire and attorney.  Mr. Delgado stated that he already has been in
contact with an attorney.  Mr. Delgado's attorney is Michael Taub from the
Homeless Advocacy Project.  Mr. Delgado indicated that he has spoken to Mr. Taub
and that Mr. Delgado is going to go through with the claims. Ms. Kirlin provided
Mr. Delgado with the application for the Administrative claim and explained how
to fill out the form.  Ms. Kirlin asked Mr. Delgado if  he had any questions.
Mr. Delgado did not have any questions.  Casemanager did not have any follow up
questions.  Casemanager and Mr. Delgado scheduled to go to the VA benefits
center on 5/23.  Casemanager agreed to pick Mr. Delgado up at 9 am. Mr. Delgado
signed a release of information so that casemanager could discuss the case with
Mr. Michael Staub.  Mr. Delgado agreed to contact Mr. Staub and have Mr. Staub
contact caseworker.

/es/ Daniel W. Halstead, LSW
Social Worker
Signed: 05/21/2014 10:53

---

   LOCAL TITLE: DISCLOSURE OF ADVERSE EVENT NOTE
STANDARD TITLE: ADVERSE EVENT NOTE
DATE OF NOTE: MAY 20, 2014@17:00    ENTRY DATE: MAY 20, 2014@17:00:33
    AUTHOR: SCHAPIRA,RALPH M     EXP COSIGNER:
    URGENCY:                     STATUS: COMPLETED

   *** DISCLOSURE OF ADVERSE EVENT NOTE Has ADDENDA ***

INSTITUTIONAL
Date/Time of event:  Sep 19,2013@08:00
Date/Time of discussion:  May 20,2014@11:30
Place of discussion: Chief of Staff conference room at Philadelphia VAMC


Names of those present:  patient, Ms. Kirlin and social workers


Summary of information presented regarding adverse event:  A delay in diagnosis
of colon cancer which might have resulted in progression to
a later stage


Offer of Assistance (including bereavement support):  tort claim information
provided by Mrs. Kirlin and me


Questions addressed in the discussion:  Patient said he would consider options,
including tort claim.  He accepted the
information and did not have any questions

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

DELGADO,RAUL JESUS
6617 CHARLES STREET
APARTMENT #27
PHILADELPHIA, PENNSYLVANIA  19135
DOB:04/23/1946

VISTA Electronic Medical Documentation
Printed at PHILADELPHIA, PA VAMC

# Progress Notes

Patient and/or Surrogate Decision Maker advised of right
to compensation, i.e., 1151 or Tort? (   yes)
    **If no or NA, please explain:  Yes, patient advised for Tort Clain


Continued communications regarding adverse event:  I offered to follow-up with
patient if he wishes.

/es/ RALPH M SCHAPIRA, MD
Chief of Staff (Pulmonary/Critical Care)
Signed: 05/20/2014 17:04

05/21/2014 ADDENDUM                    STATUS: COMPLETED
At the disclosure meeting on 5/20/14, information pertaining to 1151 claims
process and the right to file an administrative tort claim was provided to the
veteran.  Veteran was provided a copy of the pamphlet titled "Financial
Compensation After an Injury" and at his request, was provided a SF 95 Claim
Form. He was also provided my contact information for any follow up questions he
or his representative may have.

/es/ SUSANN M KIRLIN, RN
RISK MANAGER
Signed: 05/21/2014 08:06

05/23/2014 ADDENDUM                    STATUS: COMPLETED
On 5/22/14 I had a phone conversation with Mr. Michael Taub, Esq, staff attorney
with the HAP Homeless Advocacy Project.  The veteran had requested that I speak
with his attorney and explain to him what was discussed in our meeting of
5/20/14.  I reviewed the same information provided to the veteran with Mr. Taub
and answered his questions.  He stated that he would not be assisting the
veteran with completion of the SF 95 form.  I informed him that if the veteran
wants assistance he can speak with his social worker, a veteran organization
officer and/or call me.


/es/ SUSANN M KIRLIN, RN
RISK MANAGER
Signed: 05/23/2014 07:42

 LOCAL TITLE: SOCIAL WORK NOTE
STANDARD TITLE: SOCIAL WORK NOTE
DATE OF NOTE: MAY 19, 2014@15:36      ENTRY DATE: MAY 19, 2014@15:37:43
     AUTHOR: HALSTEAD,DANIEL W    EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED

Casemanager telephoned Mr. Delgado.  Casemanager asked Mr. Delgado if he
received a telephone call from Ms. Susann Kirlin.  Mr. Delgado said no.

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| DELGADO,RAUL JESUS<br>6617 CHARLES STREET<br>APARTMENT #27<br>PHILADELPHIA, PENNSYLVANIA  19135<br>DOB:04/23/1946 | Printed at PHILADELPHIA, PA VAMC |