IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAUL DELGADO | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-1765 |
| | : | |
| UNITED STATES OF AMERICA | : | |

# ORDER

**AND NOW**, this 16th day of March 2017, after a non-jury trial evaluating the credibility of witnesses, admitting exhibits and considering post-trial Proposed Findings of Fact (ECF Doc. Nos. 44, 45), and for reasons in the accompanying Memorandum with Findings of Fact and Conclusions of Law under Fed. R. Civ. P. 52, it is **ORDERED**:

1. **JUDGMENT on all of Plaintiff's claims is entered in favor of the Defendant United States of America and against Plaintiff Raul Delgado**; and,

2. The Clerk of Court shall **close** this case.

KEARNEY, J.