### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAUL DELGADO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 16-1765** |
| | : | |
| **UNITED STATES OF AMERICA** | : | |

## ORDER

**AND NOW**, this 7th day of June 2017, upon consideration of Plaintiff's Motion to vacate the Judgment for costs (ECF Doc. No. 54), Defendant's Response (ECF Doc. No. 55) and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion to vacate (ECF Doc. No. 54) is **GRANTED in part:**

1.      We **VACATE** the May 15, 2017 Judgment (ECF Doc. No. 53) and Taxation of Costs (ECF Doc. No. 52); and,

2.      **JUDGMENT for costs** is entered in favor of the United States and against Raul Delgado for reduced costs under Fed.R.Civ.P. 54(d) of **$600** to be, to the extent practicable, paid by Mr. Delgado to the United States in 24 equal monthly payments of $25 beginning in August 2017 and continuing until satisfied.

KEARNEY, J.